UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore)

XL SPECIALTY INSURANCE CO.
a/s/o MICHAEL PORT,

    Plaintiff,

vs.                                                  Case No. 1:18-cv-02703-CCB

JEANNEAU AMERICA, INC. *et al.*,

    Defendants.

                                                      /

## **PRESTIGE LUXURY MOTOR YACHTS'S ANSWER TO PLAINTIFF'S COMPLAINT**

Prestige Luxury Motor Yachts, Defendant (hereinafter referred to as "Prestige"), by Hartman, Attorneys at Law, and C. Edward Hartman, III, its attorneys, hereby files this Answer to Plaintiff's Complaint, and state as follows:

## **ANSWER**

1. Plaintiff, XL Specialty Insurance Co. a/s/o Michael Port (hereinafter referred to as the "Plaintiff") filed a complaint in the above-captioned case against Jeanneau America, Inc., Chesapeake Yacht Center, LLC, and Prestige.

2. All claims against Prestige should be dismissed as Prestige is not a proper party to the above-captioned case.

3. Prestige is a trade name for Jeanneau America., Inc. and is not a separate entity.

4. Jeanneau America, Inc. manufactures vessels with the trade name Prestige.

5. To the extent that Prestige is not removed as a party to the above-captioned case, Prestige incorporates by reference all averments and affirmative defenses set forth in Jeanneau America, Inc.'s Answer and Affirmative Defenses to Plaintiff's Complaint.

WHEREFORE, Prestige Luxury Motor Yachts hereby requests that this Honorable Court:

a. Remove Prestige Luxury Motor Yachts as a party to the above-captioned case;

b. Deny the relief requested in Plaintiff's Complaint;

c. Dismiss the Complaint with prejudice;

d. Award Defendant Prestige Luxury Motor Yachts attorney's fees, expenses and costs; and

e. Grant such other and further relief as the nature of this cause may require.

Date: October 5, 2018

Respectfully submitted,

HARTMAN, Attorneys at Law

By: /s/ C. Edward Hartman, III
C. Edward Hartman, III, Bar No. 07716
116 Defense Highway, Suite 300
Annapolis, Maryland 21401-7047
Telephone: (410) 266-3232
Facsimile: (410) 266-5561
Email: ed@hartman.law
*Attorneys for Defendant Prestige Luxury Motor Yachts*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of October, 2018, I served a copy of the foregoing Defendant Prestige Luxury Motor Yachts's Answer to Plaintiff's Complaint by electronic filing, to:

John H. West, III
West & West, LLC
409 Washington Ave, Ste. 1010
Baltimore, Maryland 21204
jwest@westandwestllc.com
*Attorney for Plaintiff*

Christopher M. Schierloh
Casey and Barnett, LLC
305 Broadway, Ste. 1202
New York, New York 10007
cms@caseybarnett.com
*Attorney for Plaintiff*

Stephen M. Calder
Palmer Biezup and Henderson, LLP
190 N. Independence Mall West, Ste. 401
Philadelphia, Pennsylvania 19106
scalder@pbh.com
*Attorney for Defendant Chesapeake Yacht Center, LLC*

                                               /s/ C. Edward Hartman, III
                                               C. Edward Hartman, III, Bar No. 07716