UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore)

XL SPECIALTY INSURANCE CO.
a/s/o MICHAEL PORT,

    Plaintiff,

vs.                                                Case No. 1:18-cv-02703-CCB

JEANNEAU AMERICA, INC. *et al.*,

    Defendants.
_____/

## **JEANNEAU AMERICA, INC.'S CORPORATE DISCLOSURE STATEMENT**

Jeanneau America, Inc., Defendant (hereinafter referred to as "Jeanneau"), hereby files its Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and states that Groupe Beneteau, S.A., a publicly traded French corporation, owns 10% or more of its stock.

Date: October 5, 2018

                                              Respectfully submitted,

                                              HARTMAN, Attorneys at Law

                    By:    /s/ C. Edward Hartman, III
                            C. Edward Hartman, III, Bar No. 07716
                            116 Defense Highway, Suite 300
                            Annapolis, Maryland 21401-7047
                            Telephone: (410) 266-3232
                            Facsimile: (410) 266-5561
                            Email:    ed@hartman.law
                            *Attorneys for Defendant Jeanneau America, Inc.*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of October, 2018, I served a copy of the foregoing Defendant Jeanneau America, Inc's Corporate Disclosure Statement by electronic filing, to:

John H. West, III
West & West, LLC
409 Washington Ave, Ste. 1010
Baltimore, Maryland 21204
jwest@westandwestllc.com
*Attorney for Plaintiff*

Christopher M. Schierloh
Casey and Barnett, LLC
305 Broadway, Ste. 1202
New York, New York 10007
cms@caseybarnett.com
*Attorney for Plaintiff*

Stephen M. Calder
Palmer Biezup and Henderson, LLP
190 N. Independence Mall West, Ste. 401
Philadelphia, Pennsylvania 19106
scalder@pbh.com
*Attorney for Defendant Chesapeake Yacht Center, LLC*

/s/ C. Edward Hartman, III
C. Edward Hartman, III, Bar No. 07716