# CASEY & BARNETT, LLC
### ATTORNEYS AT LAW
305 Broadway, Ste 1202
New York, New York 10007
Telephone: (212) 286-022
Facsimile: (212) 286-0261
Web: www.caseybarnett.com

MARTIN F. CASEY*
GREGORY G. BARNETT**
CHRISTOPHER M. SCHIERLOH
JAMES P. KRAUZLIS*

\* Admitted in NY and NJ
\** Admitted in NY, NJ, La and Oh

NEW JERSEY OFFICE
Casey & Barnett, LLP
154 South Livingston Avenue, Suite 106
Livingston, NJ 07039

ces@caseybarnett.com
Direct: 646-362-8921

September 20, 2019

**Via ECF**

Hon. Catherine C. Blake
U.S. District Judge
U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    Re:   *XL Specialty Ins. Co. a/s/o Michael Port v Jeanneau America, Inc. et al.*
            Civil No. CCB-18-2703

Dear Judge Blake:

We represent the Plaintiff, XL Specialty Insurance Co., in the above referenced civil action. In accordance with the Court's Scheduling Order, we write jointly with counsel for the Defendants to provide a status report:

a. <u>Discovery</u>: Fact and Expert Discovery have been completed.

b. <u>Pending Motions</u>: There are currently no motions pending before the Court.

c. <u>Dispositive Pretrial Motions</u>: Plaintiff may file a motion for summary judgment against the Dealer, Chesapeake Yacht Center, and the Manufacturer, Jeanneau America, Inc., with respect to liability pursuant to the implied warranty of merchantability for the subject vessel. In addition, Plaintiff may file a motion to preclude the testimony of Jeanneau America, Inc's expert, Kenneth E. Henry. Chesapeake Yacht Center intends to file a Motion for Summary Judgment with respect

Hon. Catherine C. Blake
September 20, 2019
Page 2

to all of Plaintiff's claims. Jeanneau America, Inc. intends to file a Motion for Summary Judgment as to all of Plaintiff's claims. Pursuant to Local Rule 105 (2)(c) the parties propose the following briefing schedule:

- Motions for Summary Judgment to be filed October 21, 2019;

- Briefs in Opposition to Motions for Summary Judgment to be filed November 7, 2019;

- Reply Briefs in support of Motions for Summary Judgment to be filed November 21, 2019.

d. <u>Jury or Non-Jury Trial</u>: The action is brought pursuant to the Court's Admiralty jurisdiction and will be a non-jury trial.

e. <u>Settlement Negotiations</u>: A meeting to discuss settlement was held on May 23, 2019 at 11:15 a.m. at the office of Jeanneau America, Inc.'s counsel. The meeting was attended by Mr. Christopher M. Schierloh, counsel for Plaintiff, XL Specialty Insurance, Mr. Edward Hartman, counsel for Defendant, Jeanneau America, Inc., and Mr. Kevin G. O'Donovan, counsel for Defendant, Chesapeake Yacht Center. Plaintiff's counsel proposed a settlement and is awaiting a response and/or counteroffer. Expert depositions were only completed on September 13, and transcripts of those depositions have not been received. Until Defendants have had the chance to complete their analysis of the expert testimony they are not prepared to respond to plaintiff's settlement demand.

Hon. Catherine C. Blake
September 20, 2019
Page 2

    f.  <u>Referral to another Judge/Magistrate for settlement</u>: The parties believe that referral of the matter to another Judge or Magistrate Judge for a settlement conference may help achieve a resolution of the matter.

    g.  <u>Whether all parties consent to have a U.S. Magistrate Judge conduct all further proceedings</u>. All parties do not consent to have a U.S. Magistrate Judge conduct all further proceedings.

    h.  <u>Any other matters</u>: None.

Respectfully submitted,

CASEY & BARNETT LLC

/s/ *Christopher M. Schierloh*

Christopher M. Schierloh, Esq.