In the Matter Of:

*XL SPECIALTY INSURANCE Co.*

*vs*

*JEANNEAU AMERICA, INC.*

---

*MICHAEL PORT*

*March 13, 2019*

---

# epiq
## court reporting solutions

```
 1            IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF MARYLAND
 3     ----------------------------:
 4     XL SPECIALTY INSURANCE, CO.,   :
 5                 Plaintiff,         :
 6          vs.                       : Civil Action No.:
 7     JEANNEAU AMERICA, INC.,        : 1:18-CV-2703-CCB
 8                 Defendant.         :
 9     ----------------------------:
10
11
12            Deposition of MICHAEL A. PORT
13                 Annapolis, Maryland
14              Wednesday, March 13, 2019
15                   11:00 a.m.
16
17
18
19
20
21
22
23     Job No. NY-209253
24     Pages 1 - 98
25     Reported by:  Robert M. Jakupciak, RPR
```

```
 1
 2              Deposition of MICHAEL A. PORT, held at the
 3     offices of:
 4              Hartman Attorneys at Law
 5              116 Defense Highway, Suite 300
 6              Annapolis, Maryland  21401
 7
 8              Pursuant to Notice, before Robert Michael
 9     Jakupciak, RPR, a Notary Public in and for the State
10     of Maryland, when were present on behalf of the
11     respective parties:
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                A P P E A R A N C E S
 2   On behalf of the Plaintiff:
 3          CHRISTOPHER M. SCHIERLOH, ESQUIRE
 4          Casey & Barnett, LLC
 5          305 Broadway, Suite 1202
 6          New York, New York  10007
 7          (212) 286-0225
 8          cms@caseybarnett.com
 9
10   On behalf of Defendant Chesapeake Yacht Center, LLC:
11          KEVIN G. O'DONOVAN, ESQUIRE
12          Palmer Biezup & Henderson, LLP
13          190 N. Independence Mall West, Suite 401
14          Philadelphia, Pennsylvania  19106
15          (215) 625-7810
16          odonovan@pbh.com
17
18   On behalf of Defendant Jeanneau America, Inc.:
19          C. EDWARD HARTMAN, III, ESQUIRE
20          Hartman Attorneys at Law
21          116 Defense Highway, Suite 300
22          Annapolis, Maryland  21401
23          (410) 266-3232
24          ed@hartman.law
25
```

```
 1                C  O  N  T  E  N  T  S

 2   THE WITNESS:  MICHAEL A. PORT

 3   EXAMINATION                            PAGE NO.

 4        By Mr. O'Donovan                     5

 5        By Mr. Hartman                      63

 6        By Mr. Schierloh                    80

 7        By Mr. O'Donovan                    93

 8        By Mr. Schierloh                    94

 9

10

11                E  X  H  I  B  I  T  S

12   PORT EXHIBIT NUMBER                    PAGE NO.

13   1               Subpeona                   6

14   2               Purchase Agreement        52

15   3               CYC Service Agreement     52

16   4               Email Exchange Dated      57

17                   7/17/16-7/18/16

18   5               Email Dated 7/16/16       59

19   6               Personal Property Claim   81

20                   Itemization

21   7               Watercraft Marine         83

22                   Insurance Policy

23                   Declarations Page

24

25   (Exhibits attached to transcript.)
```

```
 1                P R O C E E D I N G S
 2    Whereupon,
 3                    MICHAEL A. PORT,
 4    called as a witness, and having been first duly
 5    sworn, was examined and testified as follows:
 6                EXAMINATION BY COUNSEL FOR DEFENDANT
 7    BY MR. O'DONOVAN:
 8        Q    Good morning, Mr. Port.  We were
 9    introduced.  My name is Kevin O'Donovan and I
10    represent Chesapeake Yacht Center.  CYC I probably
11    will refer to them as today.  I will be asking you a
12    series of questions today.  A couple of things.
13    Have you had your deposition taken before?
14        A    Not, not in this capacity.  No.
15        Q    But you're basically familiar with having
16    had a deposition and the back and forth?
17        A    Yes.
18        Q    So as the court reporter mentioned
19    earlier, I'll be asking you a series of questions.
20    Please make sure that you wait until I am
21    finished --
22        A    Uh-huh.
23        Q    -- and then answer the question verbally.
24    No nods of the heads, uh-huhs.  Those don't work for
25    the court reporter.  All right?
```

```
 1        A     Yes.

 2        Q     If you have trouble, you don't understand

 3    one of my questions, please tell me and I'll try and

 4    rephrase it.  Otherwise, I'm going to assume that

 5    you did understand it, and that you're answering it

 6    to the best of your ability.  All right?

 7        A     Yes.

 8        Q     Okay.  If you need to take a break at any

 9    time, this is not meant to be a torture test.  Just

10    please tell us.  Not when I've asked a question and

11    before you've answered, that's not the time to take

12    a break.  But any other time if you need to take a

13    break, please tell us and we'll go off the record

14    and take a break.  All right?

15        A     Yes.

16        Q     Okay.  Some real basics.  I'm going to

17    mark as CYC Exhibit 1 I guess the subpoena that we

18    served on you, just so we have it on the record.

19              (Port Exhibit Number 1

20              was marked for identification.)

21    BY MR. O'DONOVAN:

22        Q     And Mr. Port, I'm showing you what we have

23    marked as Port Exhibit 1.  And I believe you were

24    served with a subpoena similar to that?

25        A     Correct.
```

1      Q    Okay.  And there was a witness fee that
2  accompanied it; right?  A check for a witness fee?
3      A    Correct.
4      Q    Okay.  All right.  Real basics.  Where do
5  you live, Mr. Port?
6      A    In New Hope, Pennsylvania.
7      Q    You are currently married I believe?
8      A    Correct.
9      Q    Okay.  I have seen reference to a woman by
10  the name of Petra Kolber.  Can you explain who she
11  is so we don't have to spend too much time on her?
12      A    Sure.  So Petra Kolber was a woman I lived
13  with a number of years ago.
14      Q    Okay.
15      A    Then she moved out and I met someone else
16  and got married.
17      Q    And as you know, the deposition that is
18  being taken today is about the fire aboard your
19  boat, the Home Port; correct?
20      A    Correct.
21      Q    Okay.  And were you the owner of the Home
22  Port or did you own it with somebody else?
23      A    My wife, Amy, is also on the paid title.
24      Q    Okay.  Very briefly, can you run through
25  your education?  I don't care about high school.

```
 1   College?

 2        A    Sure.  I went to Tulane University.

 3        Q    Okay.

 4        A    Then I got a master's degree from New York

 5   University, NYU.

 6        Q    What was your degree at Tulane?

 7        A    I majored in theater, minored in

 8   psychology, and then my master's is in acting at

 9   NYU.

10        Q    Okay.  I'm a Tulane grad as well.  I was

11   just curious.

12        A    Oh, you are?  Are you really?  No kidding?

13             MR. HARTMAN:  When did you graduate?

14             THE WITNESS:  I was there in '89-'93.

15             MR. HARTMAN:  You're a young'in.

16             THE WITNESS:  Too young.  I'll bet

17   afterwards we'll share some stories.

18             MR. O'DONOVAN:  Sorry, Chris.  We didn't

19   mean to leave you out.

20             MR. SCHIERLOH:  I wanted to go there as

21   well.

22   BY MR. O'DONOVAN:

23        Q    And, Mr. Port, just briefly, your current

24   employment?

25        A    I own a company called Heroic Public
```

```
 1    Speaking, and we provide training for organizations
 2    on communications and public speaking.
 3         Q    Okay.  And your wife is employed with that
 4    same company; right?
 5         A    She's my business partner.  Correct.
 6         Q    All right.  Turning from the mundane.
 7    Your boat owning experience, let's talk about that
 8    for a little while.  Prior to the Home Port, and
 9    just so we're clear, when I'm talking about the Home
10    Port today, I want to talk about the boat, the Home
11    Port that burned on August 31.  I understand you
12    have a new boat which is also called the Home Port.
13    Unless I refer to --
14         A    Right.  We call it the Third.  Home Port,
15    the Third.
16         Q    Okay.  So lets -- when I refer to the Home
17    Port, can we agree we're talking about the one that
18    burned?  Okay?
19         A    Agreed.
20         Q    All right.  Prior to the Home Port had you
21    owned boats before?
22         A    Yes.
23         Q    Okay.  Can you give me a brief rundown of
24    the types of boats you owned before that?
25         A    Okay.  Prior to the Home Port that burnt
```

```
 1    down, we had a Sea Ray; it was a 420.
 2         Q    Okay.
 3         A    It was a 45 and a-half-foot vessel and it
 4    was built in 2004.  And I also had prior to that a
 5    27-foot Century, twin outboard --
 6         Q    Okay.
 7         A    -- vessel.  And then a number of smaller
 8    tenders with, you know, smaller horsepower engines.
 9         Q    Okay.  And then as I understand it from
10    looking at some of the documents, when you bought
11    the Home Port, you sold or you traded in the 42-foot
12    boat; right?
13         A    Correct.
14         Q    The 420 boat?
15         A    Yeah.
16         Q    Okay.  When you went through the boats,
17    were any of the prior boats that you had owned
18    Jeanneau boats?
19         A    No.
20         Q    Okay.  So the Home Port was the first
21    Jeanneau boat you've purchased?
22         A    Correct.
23         Q    Have you ever had any Coast Guard training
24    or any other formal training on boat operation?
25         A    Yes.
```

```
1        Q     Okay.

2        A     So I took and passed the U.S. Coast Guard

3   captain's license, the OUPV Six-Pack.  And I did

4   that six years ago.

5        Q     Okay.  So 2013 approx --

6        A     Approximately.

7        Q     Okay.

8        A     After I passed that test, I also took the

9   100-ton master's upgrade.  I didn't submit for that

10  endorsement for two reasons.  One, I didn't have the

11  hours on a 100-ton vessel, I just wanted to do it

12  for the education.  And two, I have no intention of

13  being a commercial captain.

14       Q     You just wanted the education, not

15  necessarily the actually license?

16       A     Right.  I also took a course from Boat

17  U.S. way before that in boat handling.  I took also

18  the towing endorsement, and I did the Annapolis

19  School of Seamanship.

20             I also took a weekend course in diesel

21  engine maintenance.  I took a weekend course in

22  electronic, in marine electrical systems.

23       Q     Okay.

24       A     I took another weekend course in marine

25  radar and navigation systems.  I took all of those
```

```
 1   at the Annapolis School of Seamanship.
 2        Q    Okay.  As a general matter, when you owned
 3   boats, did you work on them yourself?
 4        A    Huh-uh.  No.
 5        Q    Okay.
 6        A    I always had -- I wanted to know enough to
 7   be able to troubleshoot issues while underway, but I
 8   would never actually do any work on the boat that a
 9   professional should do.
10        Q    Okay.  Have you had fires on board any of
11   your other boats?
12        A    No.
13        Q    Okay.  And have any of your other boats
14   been considered a total loss?
15        A    No.
16        Q    All right.  A couple of brief sort of
17   introductory things.  Before today's deposition have
18   you met with Mr. Schierloh, Chris?
19        A    We had a meal together this morning.
20        Q    Okay.
21        A    And we talked on the phone a few times.
22        Q    Okay.  And I don't want to get into what
23   you've discussed with him.
24             Have you provided him with any documents
25   that you had; emails, photographs, anything like
```

 1   that that relate to the Home Port?
 2        A    No.  I don't think so.
 3        Q    Okay.  Do you have emails that concern the
 4   Home Port?
 5        A    Likely.  I usually archive most of my
 6   communications, so I would have communication with
 7   Chesapeake Yacht Center.
 8        Q    Right.
 9        A    And possibly some communication with Nick
10   Harvey from Jeanneau.
11        Q    Uh-huh.
12        A    So, yeah, I probably would be able to find
13   documentation.
14        Q    Do you -- are you one of the types of
15   people who actually puts things in folders?  So you
16   might have all of that stuff collected together in a
17   folder?
18        A    No.
19        Q    Okay.
20        A    Not for that kind of stuff.  When it's not
21   work stuff, huh-uh.
22        Q    Okay.  So would it entail you doing some
23   sort of word search?
24        A    Correct.
25        Q    Do you have any photographs of the Home

```
 1   Port?
 2        A    Sure.
 3        Q    Okay.  What I would like you to do is, and
 4   I will send a letter to Chris asking the same thing,
 5   but we would like to get copies of photographs that
 6   you have.
 7        A    Okay.
 8        Q    And we'll talk about the emails, and we
 9   can talk about that separately.
10             Do you also -- to the extent there were
11   any invoices that you had related to the Home Port,
12   would you have copies of those?
13        A    Only if they were sent to me by email.
14        Q    Okay.
15        A    And would require some extensive searching
16   for them.
17        Q    Stepping ahead a little bit, I know when
18   you made your insurance claim, we have seen a
19   selection of invoices and things that you sent to
20   your insurance company as part of that claim.
21        A    Yes.  For -- yeah, yeah.  That absolutely.
22        Q    You had a lot of personal property and
23   things like that onboard?
24        A    Yeah.  We detailed that extensively.
25        Q    Okay.  Did you maintain a logbook on the
```

1    Home Port?

2        A    No.

3        Q    Okay.  That's not a practice you have on

4    your boat ownership?

5        A    Huh-uh.

6        Q    Okay.  Turn a little bit to sort of your,

7    the process you went through in deciding to buy the

8    Home Port.  How was it that you came to be in touch

9    with Chesapeake Yacht?

10       A    I think it was at the Annapolis Boat Show

11   I first saw the Prestige vessels, and I think I -- I

12   don't remember who I first met, but I had a couple

13   conversations with Josh.

14       Q    Okay.  That's Josh White; right?

15       A    Correct.  One of the principals.

16       Q    Right.

17       A    And then he pursued me for about a year or

18   so.  And then I don't remember exactly why we were

19   ready at that time, but sometimes you go, all right,

20   let's make an upgrade --

21       Q    Okay.

22       A    -- and, you know, let's make the change.

23       Q    So you referred to seeing him at the boat

24   show, the Annapolis Boat Show.  Would that have been

25   in 2014?

```
 1        A     It would have been the year prior to the
 2   purchase of the vessel.
 3        Q     Okay.  And you bought it at the end of
 4   2015; right?
 5        A     Correct.
 6        Q     Because the fire was August 2016?
 7        A     Correct.
 8        Q     Right.  Okay.  How was it that it was
 9   Chesapeake Yacht as opposed to somebody else that
10   you dealt with in respect to the purchase of the
11   Home Port?
12        A     Well, to my knowledge Chesapeake Yacht
13   Center is the only dealer on the Bay.  So there
14   wouldn't be anybody else selling new Prestige
15   vessels.
16        Q     Okay.  And you refer to the Bay.  Most of
17   your boating is in the Chesapeake; right?
18        A     Correct.  Unless we take a trip.  We
19   usually take a trip once a year either up north or
20   south.  This particular winter we did take the boat
21   down to Florida.
22        Q     Okay.  Before buying the boat did you, for
23   want of a better phrase, test drive it?
24        A     Yeah.  Sea trial.
25        Q     Sea trial.
```

```
1      A     I did.  After you put a deposit down --
2      Q     Right.
3      A     -- you can sea trial it, so I did a sea
4   trial.
5      Q     Okay.  Do you recall whether there were
6   any particular add-ons, bell and whistles that you
7   wanted when you purchased the boat?
8      A     Not particularly.
9      Q     Okay.
10     A     I don't remember.  I don't recall.
11     Q     All right.  You've talked about Josh White
12  at Chesapeake Yacht Center, at CYC.  Can you just in
13  general tell me who else at CYC you had any dealings
14  with in relation to the Home Port?
15     A     Sure.  So Ryan Dobb --
16     Q     Okay.
17     A     -- and Tom McGinley?
18     Q     I believe that's right, yes.
19     A     And then Justin Coleman.
20     Q     Okay.
21     A     My primary contact is Ryan.
22     Q     Okay.
23     A     Because Ryan runs the service department
24  as I'm sure you know.  And then Tom did a lot of
25  work on the boat as well as Justin.
```

1        Q     Okay.  Was there a sort of division of
2   labor between the types of work that Tom McGinley
3   did and the type of work that just Justin Coleman
4   did?
5        A     I wouldn't know.
6        Q     Okay.  Would you typically, if you had
7   something that you wanted done on the boat, you
8   would contact Ryan and leave it up to him to assign
9   who was actually going to do the work?
10        A     Correct.  I would always prefer Justin to
11   do the work for a couple different reasons, but it's
12   Ryan's prerogative, I suppose.
13        Q     Right.  Why did you, why did you prefer
14   Justin to do the work?
15        A     Well, Justin is more communicative, so he
16   would explain everything that he found and
17   everything he was doing.
18        Q     Okay.
19        A     And so he would spend, he would go out of
20   his way to spend time educating me on what the issue
21   was.  And I appreciated that.
22        Q     Okay.  Are you the type of person who is a
23   very hands-on owner?  You like to be involved in
24   everything that goes on?
25        A     Yeah.  Yeah.

```
 1       Q    Okay.
 2       A    Absolutely.  So obviously I run the boat
 3   myself, I captain the boat myself.
 4       Q    Right.
 5       A    I think that -- I have not yet met a boat
 6   owner that doesn't live on their boat who uses their
 7   boat more than we do.
 8       Q    Okay.
 9       A    It's my greatest passion.  I love it.  I
10   could spend every day on the water if --
11       Q    If it paid.
12       A    If it paid.  In the way that, you know,
13   running a business does like mine.
14       Q    Right.
15       A    But, yeah, so we're very, very hands-on
16   and meticulous about the way that I care for the
17   vessel.  I don't even let people wear shoes on the
18   boat.
19       Q    All right.  After you made the decision to
20   purchase the Home Port, and obviously paid for it,
21   was there a shake-down cruise when you first
22   obtained -- you first became the owner of the boat?
23       A    What do you mean by a shake-down cruise?
24       Q    It's a term that I use when it's sort of a
25   first -- it's not like a sea trial, because a sea
```

1    trial at least the way I believe the way you've

2    explained it, is really I'm looking at this boat

3    with an eye to purchasing it.

4         A    Uh-huh.

5         Q    A shake-down cruise is that I have now

6    purchased this, but I need to know everything that's

7    on it --

8         A    Oh, yeah.

9         Q    -- so somebody can explain things to me.

10        A    Yeah.  Yeah.  So when we took delivery, we

11   spent a few hours going through the various systems

12   with Tom.

13        Q    Okay.

14        A    And then we went for a short run just

15   around the harbor in Baltimore with Tom to go over

16   some of the systems.  And the joy stick system was a

17   new system.  I was used to shifters, more

18   traditional.  So we went over that.  And then that

19   was it.

20        Q    Okay.  And that was with Tom McGinley?

21        A    That was with Tom McGinley.  We were

22   supposed to have a captain's, what do they call it?

23   A -- Cummins was suppose to give me a captain's

24   briefing.

25        Q    Uh-huh.

1        A      So someone from Cummins was suppose to

2    come and go through the engines.  And that was

3    something that I requested a number of times, but

4    Cummins did not follow through.  I think Ryan had a

5    hard time getting them to actually come.

6        Q      Okay.

7        A      So I never got the captain's briefing on

8    the engines themselves.

9        Q      From Cummins?

10       A      From Cummins.  Right.

11       Q      Okay.

12       A      I did get, you know, a briefing from Tom,

13   as I said.

14       Q      All right.  Can you sort of -- you had the

15   boat for what, a period of about four or five

16   months?

17       A      Yeah.

18       Q      Okay.  I don't want to know every time you

19   went out on the boat, but can you give me sort of a

20   general description of how often you used it, how

21   far you went?  Do you know?  That type of thing.

22       A      Sure.  So that summer we took one long

23   trip down to Virginia.

24       Q      Okay.

25       A      So that was about a week-and-a-half I

```
 1   think.  About a week-and-a-half.

 2       Q    Do you know when that was?

 3       A    I could find out.  I would have to go back

 4   and look at the schedules, but it was either July or

 5   August.

 6       Q    Okay.

 7       A    That's usually when we take our summer

 8   trips.

 9            And then we would use the boat pretty much

10   every weekend.  And then sometimes we would be there

11   during the week as well.  We're a blended family, so

12   when the kids were at their other parent's house, we

13   would often be out at the boat ourselves.

14       Q    Okay.

15       A    So regularly.  There was a two-week period

16   before the boat burned down --

17       Q    Uh-huh.

18       A    -- was the longest we had not been to the

19   boat that summer, as far as I recall.

20       Q    So the boat burned on August 31st; right?

21       A    Correct.

22       Q    So in the two weeks before that you had

23   not gone on the boat?

24       A    Correct.

25       Q    What had you done in the period before
```

1    that two-week hiatus?

2         A    I don't recall anything specific or

3    unusual.  Just sort of regular use of the boat.

4         Q    Okay.

5         A    You know, we would usually go to a cove,

6    drop the anchor for the night, you know --

7         Q    So it wasn't a long -- you didn't have

8    your long trip immediately before the two-week

9    hiatus?

10        A    I don't think it was immediately before,

11   no.  But it would have been within a month or two

12   before I would think.

13        Q    All right.  And what records would you

14   have to be able to tell exactly when you took the

15   long trip, for example, in the summer?

16        A    I believe if I go back and look at our

17   calendar, it may very well be in there when we took

18   that trip.

19        Q    Okay.

20        A    I suppose it's possible I could look at

21   maybe some credit card statements from a number of

22   years ago, if they're still online.  I wouldn't keep

23   them from that --

24        Q    Right.

25        A    -- you know, printed, but just to see when

```
 1   we were there.

 2        Q    Okay.  And you --

 3        A    Different marinas and different things we

 4   did while we were on the trip.

 5        Q    So you went down to the coast of Virginia

 6   on that --

 7        A    Correct.

 8        Q    -- last long trip, for want of a better

 9   phrase?

10        A    Correct.

11        Q    Okay.  In the -- I guess I'm trying to

12   sort of work backwards first.  But did you have

13   issues that -- with the boat that needed service

14   during the period of time that you owned the boat?

15        A    Yes.

16        Q    Okay.  And can you give me sort of a brief

17   rundown of the types of issues that you had that

18   required service?

19        A    Sure.  So I'll do my best, given that it

20   was a long time ago.

21        Q    Sure.

22        A    But we had a number of issues with battery

23   chargers.

24        Q    Okay.

25        A    Battery charger was going off on its own.
```

1    And so then I believe they replaced the battery

2    charger, but I think they replaced the wrong one.

3         Q    Okay.

4         A    So then they came back and replaced the

5    other one, so they put two new battery chargers in.

6    They replaced all of the batteries on the boat.

7         Q    Uh-huh.

8         A    Because they were overheating and burning

9    off the water because they were wet-cell batteries.

10        Q    All right.

11        A    We had issues with the running lights

12   burning out.  And they were LEDs, so they should

13   have lasted, you know, for a lifetime.

14        Q    Uh-huh.

15        A    We had issues with the radar going out,

16   not working, that had to be either fixed or

17   replaced.  I don't remember which one they did.

18             We had issues with the fiberglass.  I

19   don't know what you call the structure, like the top

20   of the hull.  You know how they have the hull and

21   then they have the top and they put the two

22   together?

23        Q    Uh-huh.

24             MR. HARTMAN:  The superstructure.

25        A    Yeah.  The superstructure.  So the

1    superstructure right above where the windshield was

2    there was discoloration because water was getting

3    in.

4          Q    Okay.

5          A    And some cracking.  And they said that,

6    from what I can recall Chesapeake indicating, was

7    that that's something that happens as a

8    manufacturing issue, they've seen that before and it

9    needed to be fixed.  We never fixed it because we

10   were waiting for the off season, but of course the

11   boat was lost before that.

12         Q    Right.

13         A    So that was an issue we had.  A number of

14   issues with the, with the stanchions and the poles

15   for the bimini.  The welds cracked, split apart --

16         Q    Okay.

17         A    -- had to be replaced.

18              We had a number of issues with the load on

19   the starboard engine, which was much higher than the

20   load on the port engine at the same RPMs.

21         Q    Okay.

22         A    We had one of the shafts -- so there's two

23   shafts; one on each pod, of course.  The shaft on

24   one of the pods sheared-off and the propellers were

25   lost.  And that was, you know, pretty surprising.

```
 1   We didn't hit anything.  It just sheared off.
 2   Cummins gave me a reason as to why they thought it
 3   sheared off, which I could share with you if it's
 4   relevant to you.
 5              We had issues with the generator going
 6   off.
 7        Q    When you say going off --
 8        A    Like turning off.
 9        Q    Shutting off?
10        A    Shutting off.  We had issues with the
11   stove turning on and off on its own, especially when
12   we were running the generator.
13        Q    Okay.
14        A    I think we had some issues with the -- I
15   feel like we had some issues with the swim platform.
16   I don't remember, I don't recall exactly what they
17   were right now, but I --
18        Q    I've seen some references to problems with
19   a gasket on the swim platform.
20        A    Yeah.  Yeah.  That's right.  The gasket
21   had come off the swim platform.
22        Q    And also I think -- did it raise and lower
23   and there was --
24        A    It was getting stuck.  They did something
25   to the hydraulics --
```

1       Q     Right.

2       A     -- I believe to fix it.

3             Let's see.  What else?  It was a long time

4    ago.  We had -- there was an oil leak when we first

5    took the boat, a pretty substantial oil leak, I

6    believe from the starboard engine, if I recall

7    correctly.

8       Q     Okay.

9       A     We were getting some error messages when,

10   when we would start to get underway, and from that

11   particular engine, and then if I would shut the

12   engines down and restart them, often the error

13   message would just go away and we would just

14   continue on.  And these are things I noted to CYC

15   about.

16      Q     Right.

17      A     Those are the ones that are coming to

18   mind.  There may be others.

19      Q     I think there were some other minor --

20   there was a problem with the shower drain, but --

21      A     Oh, yeah, yeah.  The shower drain wasn't

22   pumping quickly.

23      Q     That comes to mind, but --

24      A     Yeah.

25      Q     I tried to write the various things you've

1  said, and what I'm going to try and do now is sort

2  of go through these and one, get a little more

3  detail and also try to put in a timeframe.  All

4  right?

5       A    Uh-huh.  Sure.

6       Q    Okay.  So the battery chargers.  I believe

7  you said that both of the battery chargers were

8  replaced?

9       A    Correct.

10      Q    Okay.  And that they also replaced all of

11 the batteries.

12      A    Correct.

13      Q    Okay.  After they replaced the battery

14 chargers and replaced the batteries, did you

15 continue to have problems with the new battery

16 chargers and batteries?

17      A    Not that I recall.  I don't think it was a

18 very long -- nope.  I think they did that in July,

19 end of July.

20      Q    I believe that's right, yes.

21      A    So it was about a month before we lost the

22 boat.

23      Q    Right.  Okay.  Did they replace the

24 batteries and the battery charger before you took

25 your trip down to Virginia?

```
 1      A     That I would have to check.  I'm not sure.

 2      Q     All right.

 3      A     Not sure.

 4      Q     The running lights, I guess the bulbs just

 5  died?

 6      A     Yeah.  I don't know if the bulbs -- I

 7  can't say the bulbs died --

 8      Q     Right.

 9      A     -- but they weren't working.

10      Q     Okay.

11      A     So that, you know.

12      Q     Was that problem fixed before the fire?

13      A     Yes.

14      Q     Okay.

15      A     I believe so.

16      Q     Okay.  Radar not working, was that still

17  an issue in the last couple of times you used the

18  boat before the fire?

19      A     Not that I recall.

20      Q     Okay.  Fiberglass discoloration, you said

21  they had waited on that?

22      A     Correct.

23      Q     The bimini welds, I don't really care

24  about.  No offense.

25      A     Yeah.  I didn't think you would.  But you
```

```
 1   asked.  So...
 2        Q    Right.  No, no.  That's fine.  The load on
 3   the starboard engine, was that still an issue when
 4   you took your last couple of trips?
 5        A    Yes.  That was never fixed.
 6        Q    Okay.
 7        A    The explanation that I got was well,
 8   sometimes these loads are different on the different
 9   engines, they're two different engines, so I kind of
10   thought they should be a little closer to each
11   other.  But, you know, they're the supposed experts.
12   So...
13        Q    Right.  The shaft on the one pod sheared
14   off; I presume that had been fixed, otherwise you
15   wouldn't have been able to take your long trip?
16        A    Correct.  Correct.
17        Q    Okay.  The issue with the generator
18   shutting off, was that still a problem in the last
19   couple of trips that you took?
20        A    I don't recall.
21        Q    Okay.  Similarly this mysterious stove
22   that turned itself on and off --
23        A    Stove was never fixed.
24        Q    Never fixed.  Okay.
25        A    They couldn't determine the cause.
```

```
 1        Q    Okay.  The stove, it's fairly obvious, the
 2   stove is not down in the engine room, the stove is
 3   in the galley of the boat?
 4        A    Correct.
 5        Q    Okay.  The swim platform, this issue of
 6   having difficulty raising and lowering it, was that
 7   fixed before the fire?
 8        A    I believe so, yes.
 9        Q    Okay.  The oil leak issue, was that, that
10   was fixed before the fire?
11        A    Yeah.  That was early on, yeah.
12        Q    Okay.  That was your Dave Matthews
13   incident; is that right?
14        A    What do you mean?
15        Q    Weren't you listening to the Dave
16   Matthew's concert?  I saw that you --
17             MR. O'DONOVAN:  Go off the record for a
18   second.
19                        -   -   -
20             (Discussion off the Record.)
21                        -   -   -
22   BY MR. O'DONOVAN:
23        Q    All right.  Sorry.  Back on the record.
24             Lastly, you had mentioned there was some
25   problem with error messages coming from the engine;
```

1    that you would shut it down and they sort of kicked

2    themselves on?

3         A    Yeah.

4         Q    Was that a continuing problem through the

5    time you had the boat or was it fixed?

6         A    I can't recall.

7         Q    Okay.  We've run through a litany of

8    issues here.  Were there any other electrical-type

9    problems that you recall onboard the Home Port?

10        A    Not that I recall.

11        Q    All right.  And the work that was done to

12   fix each of these problems, with the exception of

13   the shaft and the oil leak, was all of the other

14   work done by CYC people?

15        A    Everything.  Yeah.

16        Q    Okay.  But the work on --

17        A    The work on the, you know, Cummins

18   obviously works on the engines and the --

19        Q    Right.

20        A    -- and the pods.  But supervised by CYC.

21        Q    Okay.

22        A    But they contract them on my behalf and

23   then CYC bills me.

24        Q    CYC would reach out to Cummins and make

25   the arrangements and then they would come and make

1    the repairs under CYC.

2        A    Correct.  And I wouldn't have much

3    interaction with them unless I just happened to be

4    there.

5        Q    Okay.  Try not to talk over each other.

6        A    Sorry.

7        Q    Court reporter doesn't like it.

8             Do you have an idea as to how many engine

9    hours you had on the engines before the fire?

10       A    Well, when we took delivery of the boat,

11   it had approximately 80 hours on it.

12       Q    Okay.

13       A    I suppose from running to boat shows

14   and --

15       Q    It was a demo boat?  Is that --

16       A    Correct.  That's what they called it.

17       Q    Okay.

18       A    So I think we put maybe close to a hundred

19   hours --

20       Q    Okay.

21       A    -- on top of that.  Again, but that's an

22   estimate.

23       Q    Right.

24             If I was to ask you who other than Michael

25   Port was the person who spent the most time on that

```
 1   boat, what would your answer be?
 2        A    My wife.
 3        Q    Okay.  Sort of next in the time spent on
 4   the boat, your kids presumably?
 5        A    Kids.  Yeah.
 6        Q    Okay.  I don't intend to depose your kids.
 7   I can tell you that.
 8             Did you have any sort of non-family
 9   members who spent a lot of time on your boat?
10        A    No.  Other than when we would have guests
11   for a weekend.
12        Q    Right.  But was there like one, did you
13   have a particular guest who would come down to your
14   boat quite regularly is what I'm trying to get at?
15        A    No.
16        Q    Okay.  Where did you dock the boat?
17        A    At Rock Hall.
18        Q    Okay.
19        A    Osprey Point Marina.
20        Q    And it was there the whole time you owned
21   it?
22        A    Correct.
23        Q    When it wasn't in the water?
24        A    Correct.
25        Q    All right.  Was there a particular reason
```

1    that you did not use the boat in the two weeks

2    before the fire?

3         A    Nothing to do with the boat.  Just

4    scheduling.

5         Q    Okay.  I'm going to jump ahead a bit.  So

6    how did you hear about the fire?

7         A    The dockmaster called me.  And I didn't

8    pick up.  I was being interviewed on a podcast.

9         Q    Uh-huh.

10        A    And so they sent me a text.  He said, you

11   know, contact me right away.  I said I can't.  I'm

12   on an interview right now.  He said your boat is on

13   fire, it's a total loss.  I said --

14        Q    I don't mean to laugh.  I'm sorry.  The

15   timing was not good.

16        A    No, the timing was brilliant.  I finished

17   the podcast like a professional, and I called him

18   and I said what's going on, and then of course I

19   immediately got in the car and drove out.

20        Q    Okay.

21        A    It's about a three hour drive,

22   two-and-a-half, three hours.

23        Q    Right.  So what did he tell you other than

24   your boat's on fire?  When you got down here what

25   did he tell you about how they discovered the fire?

```
1       A    Sure.  So he said he was walking the docks
2  and he saw some smoke coming from the boat.  And as
3  he started to get closer, he said that a fire
4  erupted, you know, significantly and with intensity.
5  So much so that he couldn't get close enough to the
6  boat to either let the lines go or cut the lines
7  because it was so hot.
8       Q    Uh-huh.
9       A    And then they moved other boats around it
10 to try to protect them, and fortunately the wind was
11 blowing off the dock.  So...  And the boat was on
12 the T-head, so it was at the very end.
13      Q    Right.
14      A    That was good for the other boats.
15           And then the fire boats were called in and
16 they started trying to put it out.
17      Q    Do you know the dockmaster's name?
18      A    I don't remember it, but I could find out
19 certainly.  Yeah.
20      Q    Okay.  You said he told you that he first
21 saw smoke and then he saw sort of more fire erupting
22 from -- whereabouts on the boat?  Did he say?
23      A    He seemed to suggest that it was coming up
24 from inside the cabin in the middle.
25      Q    Okay.
```

```
 1        A    I guess either the windows blew out or

 2   something.

 3             But I was sent a couple videos from folks

 4   who were around the marina when it was happening and

 5   it was a massive fireball.  Pretty scary.

 6        Q    The boat was moored which side up against

 7   the pier?  Port side to or starboard side to?

 8        A    Starboard side to.

 9        Q    Okay.  Did the dockmaster give you some

10   idea as to whether the fire appeared to be more on

11   one side or the other?

12        A    No.

13        Q    Okay.  Sorry.  You said you had seen

14   videos of the fire?

15        A    Correct.

16        Q    Taken by whom?

17        A    Just like people at the marina --

18        Q    Okay.

19        A    -- who were there.

20        Q    Do you still have those?

21        A    I may.  Yeah.

22        Q    I would ask if you could -- I don't mean

23   to make this a memory test or to make you search

24   forever, but I do think if you have access to those

25   relatively easily, I would ask that --
```

```
 1      A    Well, when we take a break, I'll look on

 2  my phone because they may still actually be on the

 3  phone.

 4      Q    Okay.  That would be great.

 5      A    Sure.

 6      Q    Does the dock at Rock Hall Marina have

 7  CCTV?

 8      A    Not to my knowledge.

 9      Q    Okay.

10      A    It's Rock Hall.

11           MR. HARTMAN:  That's why you go there.  It

12  doesn't have CCTV.

13           THE WITNESS:  Correct.  Right.

14  BY MR. O'DONOVAN:

15      Q    I know you said you and presumably your

16  wife and family -- but nobody took the boat out in

17  the two weeks before the fire?

18      A    No.

19      Q    Were there people who would have been on

20  the boat to do various things in the two weeks

21  before the fire?

22      A    I don't know.  The only people that would

23  have been on the boat to do various things would

24  have been folks from CYC, if they were working on

25  something.
```

```
1        Q    Okay.

2        A    And I don't recall if they were.  So they

3   would have to tell you that.

4        Q    Right.

5        A    And then the only other person that, the

6   only other people that could have been on the boat

7   would be the people that wash the boat.  But I don't

8   recall if they were on the boat during that two

9   weeks and they don't go inside the boat, they don't

10  clean the inside, just the outside.

11       Q    Right.

12       A    And, frankly, I don't remember who I was

13  using at that time.  There was a couple different

14  vendors.

15       Q    Did you arrange for that or did CYC

16  arrange that for you?

17       A    Oh, no.  Actually that was CYC.  Because

18  one of the things you got with the boat was either a

19  year of weekly washes or two years of bi-weekly

20  washes.

21       Q    Okay.

22       A    So -- oh.  So I think it was Schuman.

23  Maybe that's who they contacted.

24       Q    Okay.

25       A    But you would have to check with them.  Or
```

1    it might have been Prestige, which is a -- not

2    actually Prestige, it's another cleaning company.

3         Q    Right.

4         A    So it would have been one of those folks.

5         Q    And did you have your boat washed weekly

6    or bi-weekly?

7         A    Weekly.

8         Q    Weekly.  So if it had -- washing being

9    done according to schedule, it should have been

10   washed in the two weeks it sat there?

11        A    Correct.  Correct.

12        Q    You did not have a cleaning service, for

13   want of a better phrase, who would come onto the

14   boat and do the inside, like how your house gets

15   done?

16        A    No.  Not that, no.

17        Q    Okay.  When you left your boat the last

18   time before it caught fire, did you connect it up to

19   shore power?

20        A    Yes.

21        Q    Okay.  And I presume that was standard

22   practice whenever the boat was at the marina; right?

23        A    Correct.

24        Q    Did you have the same berth that you used

25   at the marina the whole time you kept the boat

1    there?

2        A    Yes.

3        Q    Okay.  Is there a designation of that

4    berth?  Do you know?

5        A    Well, it was a T-head.  There's only two

6    or three T-heads.  I don't remember the letter

7    designation for it.  But if that's something that's

8    important to you, I can go back and look at the

9    marina schematics and I'll tell you which one it is.

10   But because of the size of the boat, we could only

11   fit on a T-head.

12       Q    Right.  You can't fit in a slip because

13   you're too long?

14       A    Correct.  The biggest slips they had were

15   50 feet.

16       Q    Right.  Okay.  You were at a T-head and it

17   was the same T-head that you typically had the boat?

18       A    Always.  Yeah.  Always.

19       Q    All right.  When the boat is connected up

20   to shore power and it's sitting at the T-head at the

21   marina, what electrical equipment is still running?

22       A    So I have a practice of turning off any

23   breaker, the breaker for any system that is not used

24   when the boat is sitting.  So my standard practice

25   was to only leave on the battery chargers.

1       Q       Okay --

2       A       And the electrical outlets, if -- you

3   know, if something needed a charge, you know, like

4   for the VHF radio, my back up VHF radio to keep it

5   charged.

6               But I would -- my standard practice, as I

7   said, was to turn everything else off because it's

8   not needed.

9       Q       Okay.

10      A       There were times where I might leave the

11  humidifier on, you know, through the HVAC system if

12  it was going to be very hot, but I can't recall if

13  it was on at that time or not.

14      Q       Okay.  It would have been, I mean it was

15  August 31, that's typically a fairly warm time of

16  the year.

17      A       Correct.  Correct.  I just -- I can't say

18  that I did because I feel like I was -- more often

19  than not, I wouldn't turn it on because I'm not

20  generally comfortable leaving systems on when we're

21  not there.

22      Q       All right.

23      A       Because, you know, if a sea strainer gets

24  clogged, you know, it can get too hot and then it

25  will fail and then you've got alarms going and you

```
 1    don't want that.
 2              I do remember something else.
 3         Q    Yes.
 4         A    There was a VHF issue.  The VHF would
 5    sometimes go on by itself.
 6         Q    Oh.
 7         A    And then the VHF alarms would go off, and
 8    that had something to do -- I think the VHF was
 9    replaced.  The first one that the boat came with was
10    malfunctioning.  They replaced it, but they still
11    had this issue where it would go on by itself.  The
12    alarms would go off because it wasn't connected to
13    autopilot because, of course, the boat wasn't on to
14    have it connected.  So there was no GPS signal
15    registering was why the alarms would go off.
16         Q    Okay.  Was that a problem that continued
17    throughout the time you had the boat?
18         A    Yeah.
19         Q    Okay.  I presume you have a refrigerator
20    on your boat?
21         A    Correct.
22         Q    Would that be left on?
23         A    Yes.
24         Q    Okay.
25         A    There is no breaker for that.  That's
```

1    connected, from my understanding, directly to the

2    batteries.

3         Q    Okay.  So it was only things that you

4    could disconnect by switching off the breaker that

5    you would switch off the breaker?

6         A    Correct.

7         Q    Okay.  Did your boat have smoke detectors?

8         A    I don't think those are standard on that

9    boat.

10        Q    Okay.

11        A    So I don't think so.  No.

12        Q    Did you have lights that were left on the

13   boat or did you sometimes have lights on a timer or

14   something like that?

15        A    No.  No.  I leave all the lights off.

16        Q    Okay.  Was there an alarm system, like a

17   burglar alarm system on the boat?

18        A    No.

19        Q    No.  Okay.  When you got down to the

20   marina after the fire started, it took you, you said

21   about -- so it was probably three or four hours

22   after the fire started?

23        A    Probably about three-and-a-half, four

24   hours by the time I got out of my house, yeah.

25        Q    Who -- was the fire still going on or was

```
 1    the --
 2         A    The boat was sitting on the bottom at that
 3    time --
 4         Q    Okay.
 5         A    -- and the fire was out.  The Coast Guard
 6    was there.  Of course at that time they had put
 7    the --
 8         Q    The boom?
 9         A    Yeah.  Around it to protect the water.
10         Q    Uh-huh.
11         A    But, no.  It was out.  There were just a
12    lot of crowds.  People were very interested.  And
13    Ryan met me over there.
14         Q    Okay.  And that's what I was turning to
15    next was sort of who did you talk to after the fire
16    about the fire?  So...  Did you talk to the
17    dockmaster?
18         A    Yes.  I talked to the dockmaster.  He gave
19    me the information that I just gave you.  I talked
20    to Ryan.  I talked to the Coast Guard.
21         Q    Okay.
22         A    I talked to the Fire Marshal.  I believe
23    that's what he was called.
24         Q    Uh-huh.
25         A    Obviously, I talked to random people on
```

```
 1    the dock who were already making their, giving me
 2    their analysis of why the fire started, which I
 3    thought was bizarre.  You know, very bizarre.
 4         Q    I know just what you're -- yes.
 5         A    The only thing they like more than
 6    watching people dock is watching a fire, I suppose.
 7         Q    Yes.
 8         A    So, yeah, those are the people I spoke to
 9    primarily.
10         Q    Did you -- when you spoke with either the
11    Coast Guard or the Fire Marshal, did they, was
12    there -- did you have to give a formal statement;
13    like a written statement or a tape recorded
14    statement?
15         A    No.  Not a tape recorded statement.  The
16    Fire Marshal I believe I spoke with afterwards
17    again.
18         Q    Okay.
19         A    And I had contacted him a few times as he
20    was working on it to see if I could find out what
21    was going on and if he had figured it out.
22         Q    Right.
23         A    The Coast Guard, I did have to sign
24    something and they gave me one of those warnings
25    that you get if you spill --
```

```
1         Q    Oh, right.
2         A    -- you know, and they said you're fine as
3    long as you don't keep doing this.  So that was just
4    sort of standard procedure.
5         Q    Right.  Put you on notice that you might
6    have to pay for the clean up of the oil spill kind
7    of thing --
8         A    Correct.  Exactly.
9         Q    Yeah.
10        A    But I think that was pretty much it.
11        Q    Okay.  Did you have any discussions with
12   the Coast Guard after, after you saw them at the
13   marina?
14        A    No.
15        Q    Did they have any further investigation?
16        A    No.
17        Q    Okay.  You said you spoke with the Fire
18   Marshal several times after the fire.
19        A    Yeah.
20        Q    Did he ever tell you what he believed was
21   the cause of the fire?
22        A    No.
23        Q    Okay.
24        A    He just told me that he knew the origin,
25   but -- or he believed he knew the origin, but not
```

```
 1    the cause.
 2         Q    Okay.  And what did he tell you?  Was
 3    he -- I'm trying to make an English question.
 4              What did he tell you he believed was the
 5    origin of the fire?
 6         A    He said it was aft, aft in the engine room
 7    on the starboard side.
 8         Q    Okay.
 9         A    I think.  Yes.
10         Q    Did he explain to you why it was he
11    believed that was the origin of the fire?
12         A    No.
13         Q    Okay.  You made a claim under your
14    insurance policy for the value of the boat; right?
15         A    Correct.
16         Q    Other than Mr. Schierloh, has anybody else
17    told you what they believe was the cause of the
18    fire?
19         A    No.
20         Q    Okay.  Other than the Fire Marshal, have
21    you talked -- and Mr. Schierloh -- have you
22    talked -- it is Schierloh, right?  Or Sheerloh?
23              MR. SCHIERLOH:  Go off the record for a
24    minute.
25                              -  -  -
```

```
1                    (Discussion off the Record.)
2                         -    -    -
3      BY MR. O'DONOVAN:
4          Q    Back on the record.  Other than Chris and
5      the Fire Marshal, have you talked to anybody else
6      about what they believed was, and these -- let me
7      rephrase that question.
8               Other than the random strangers on the
9      dock who gave you their very valuable opinion as to
10     the cause of the fire and Chris and the Fire
11     Marshal, have you talked to anybody else about what
12     they believed was the cause of the fire?
13         A    No.  Other than having discussions with
14     say Ryan, you know, about what was going on as it
15     was going on.
16         Q    Okay.
17         A    You know, and everything was unknown at
18     that time.
19         Q    Right.  Have you and Ryan had discussions
20     since then about what he believed was the cause of
21     the fire?
22         A    No.  We have had a lot of discussions
23     since then, because I still work with them.
24         Q    Right.
25         A    But not really.
```

```
 1        Q     Right.  Now you, after the Home -- after
 2   the fire aboard the Home Port in August of 2016, you
 3   bought another boat again through CYC; correct?
 4        A     Correct.
 5        Q     Okay.  And so as a result of that, you
 6   still have dealings with Ryan and Justin and Tom at
 7   CYC; correct?
 8        A     Correct.
 9        Q     Okay.  I'm going to show you sort of
10   this -- certain documents that I have, so we'll go
11   through these.  It take a little bit longer.  Do you
12   need a break?  Are you good?
13        A     I think I'm okay.  Are you guys okay?
14   You're very patient to be able to sit and just
15   listen.
16              MR. HARTMAN:  It's not our first
17   deposition.
18              THE WITNESS:  Clearly.  I don't think I
19   have the patience to do what you do.
20   BY MR. O'DONOVAN:
21        Q     All right.  Mr. Port, some of these are
22   just so we have them on the record, frankly.
23              MR. O'DONOVAN:  Can you mark this as Port
24   2, please?
25                   (Port Exhibit Number 2
```

```
 1                  was marked for identification.)
 2   BY MR. O'DONOVAN:
 3        Q    I apologize for the size.
 4             Do you recognize that as the purchase
 5   agreement for the Home Port?
 6        A    Yes.
 7        Q    Okay.  Is that your signature down in the
 8   bottom left there?
 9        A    Yes.
10        Q    Okay.  And the second page of this is
11   additional terms and conditions.  Was that attached
12   to the marine purchase agreement when you purchased
13   the boat?
14        A    I don't recall.
15        Q    Okay.  You can just leave it there.
16             MR. O'DONOVAN:  Can you mark this as Port
17   3, please?
18                  (Port Exhibit Number 3
19                  was marked for identification.)
20   BY MR. O'DONOVAN:
21        Q    Mr. Port, you would not have seen this
22   before because this is a document that Ryan created
23   that sort of summarized the various work that CYC
24   did for you on the Home Port.
25        A    Uh-huh.
```

```
 1        Q    So really what I just sort of wanted to go
 2   through is if you could just sort of skim through it
 3   and just see if it refreshes your recollection as to
 4   any other problems that you may have had aboard the
 5   boat, and then there are some other things in
 6   general that I will talk with you, sort of in
 7   general.
 8        A    Sure.
 9        Q    So the first -- on the first page there's
10   an entry April 25, Tom, which I presume is Tom
11   McGinley?
12        A    Uh-huh.
13        Q    One of the things it says is they replaced
14   the port-side window motor.  That was something we
15   hadn't talked about.
16        A    They actually replaced both starboard and
17   port side motors for the windows.
18        Q    Okay.
19        A    And they both failed.
20        Q    Okay.
21        A    And then also the bimini LED strip --
22        Q    Right.
23        A    -- is something that wasn't working
24   either.
25        Q    Okay.
```

1      A     That needed to be fixed.  So that's a good
2   catch.
3      Q     The replacements of the windows after they
4   replaced the motors on the windows, did they work
5   properly or did --
6      A     Yes.
7      Q     Okay.  And some of these I'm not going to
8   go through.  There was a whole issue about holding
9   tanks and things like that, which frankly I don't
10  think we're particularly interested in.
11           There's down on the bottom, June 28, '16,
12  the spot light.  Was that fixed?
13     A     Yes.
14     Q     Okay.  And then if you go over to the next
15  page.  Let's sort of work through here.
16           So July 5, 2016, Justin according to this,
17  came on board and changed the impeller on the
18  generator.  Do you recall that being done?
19     A     Yes.
20     Q     Okay.  Did that, did you have problems
21  with the generator after Justin fixed the -- did
22  that work in July?
23     A     I believe we still had problems.  Changing
24  the impeller didn't solve the problem.
25     Q     Okay.  And then there's a reference there

```
 1   to replace the battery charger.  I think you had
 2   told me there were two battery chargers that were
 3   replaced, and in fact the next entry down --
 4        A    At different times.
 5        Q    Right.  Okay.
 6             July 15, that's when Cummins did the prop
 7   and shaft replacement?
 8        A    Correct.
 9        Q    Okay.  And then we have July 20, Justin
10   and Tom came on board and replaced the other battery
11   charger and the various -- and the batteries
12   onboard; is that right?  Do you see that?
13        A    I believe so.  Yeah.
14        Q    Is it your understanding that -- well, let
15   me step back for a second.
16             Your boat, the Home Port, had two battery
17   chargers on it; right?
18        A    Correct.
19        Q    Okay.  And were both battery chargers
20   replaced sometime in July?
21        A    Yes.
22        Q    Okay.  And I believe I had asked you this,
23   and you indicated once the battery chargers had been
24   replaced, you don't recall there being any more
25   problems with the battery chargers?
```

```
 1        A    Correct.
 2        Q    Okay.  And in July 20 when they replaced
 3   the engine and house batteries, were there other
 4   batteries onboard that were not replaced or did they
 5   replace all of them?
 6        A    My understanding is they replaced all of
 7   them.
 8        Q    Okay.  And, again, after the batteries
 9   were replaced in July, do you recall having any
10   battery-associated problems?
11        A    No.
12        Q    Okay.  And then there is a reference July
13   20, the starboard-side window, so that apparently
14   was -- you had referred to that that both windows
15   had problems; right?
16        A    Correct.
17        Q    Okay.
18        A    Can I mention something about the
19   batteries?
20        Q    Sure.
21        A    Yeah.  The reason the batteries -- the
22   issue that alerted us to the problem was that we
23   would get this horrible sulphur smell, and when I
24   would check the batteries, the water was too low.
25        Q    Right.
```

```
 1        A     Obviously it had been burned off.

 2        Q     Uh-huh.

 3        A     And that's, that was -- then they started

 4   looking at changing the battery chargers because

 5   maybe they were over-charging.

 6        Q     Uh-huh.

 7        A     And then of course all the batteries as

 8   well.

 9        Q     Right.  But after they replaced the

10   battery chargers and the batteries, did you have

11   that problem with the smell again?

12        A     I don't think so.

13        Q     Okay.  Do you know whether your long trip

14   to Virginia was after they had replaced both the

15   battery chargers?

16        A     I don't recall.

17        Q     You don't remember?

18        A     Huh-uh.

19        Q     Okay.  That's all I have on this document

20   that I wanted to go through.

21              MR. O'DONOVAN:  Mark this as Port 4.

22               (Port Exhibit Number 4

23                was marked for identification.)

24   BY MR. O'DONOVAN:

25        Q     The reference to Caitlin Cassidy on the
```

```
 1    top of this, ignore that.  That's my legal assistant
 2    who printed out all these emails.
 3                So like most emails, if we could work
 4    backwards, so if you could turn to the second page?
 5        A    Sure.
 6        Q    And just read through that and then I'll
 7    ask you a couple of questions about it.
 8        A    Oh.  Well, here it is: "I leave for a two
 9    week trip on Saturday."
10        Q    That was the point of my showing you this
11    email, Mr. Port.
12        A    Yeah.  "Assuming the battery charge issue
13    is fixed."
14        Q    And if you look, if you go back to Port 3,
15    just so we have the chronology, and this is upside
16    down for some reason.
17        A    Yeah.
18        Q    That indicated that I believe that they
19    fixed the batteries on July 25, they replaced the
20    batteries -- sorry -- July 20.
21        A    July 20.
22        Q    And your email is July 17.
23        A    17th.  We leave for two-week trip on
24    Saturday, assuming the battery -- yep.
25        Q    So I was trying to get sort of this
```

```
 1    relative chronology as to whether or not the
 2    batteries were replaced before you took your long
 3    trip down to Virginia.
 4         A    Yes.
 5         Q    So this --
 6         A    I believe that's correct.
 7         Q    Okay.  All right.  That's really all I
 8    wanted this for.  I don't need the rest of it.
 9                        -  -  -
10              (Discussion off the Record.)
11                        -  -  -
12              MR. O'DONOVAN:  Could you mark this as the
13    next exhibit, please?
14                   (Port Exhibit Number 5
15                    was marked for identification.)
16    BY MR. O'DONOVAN:
17         Q    Okay.
18         A    Yep.
19         Q    Okay.  So a couple of questions about
20    this.  What was it that led you to send this email?
21         A    Well, I think it was because I was very
22    frustrated with the boat and the quality of the
23    manufacturing of the boat.  And we had had -- look,
24    every boat is going to have issues you've got to
25    deal with at the beginning when it's new.  That's
```

```
 1    become -- apparently that's what everybody should
 2    expect.
 3         Q    Right.
 4         A    I don't have that with a car when I buy
 5    it, but apparently with a boat that's the way it is.
 6              And CYC took great care of me.  They were
 7    responsive, they were professional.  I really
 8    appreciated the work they did.  If it was another
 9    dealer who didn't take such good care of me, I would
10    have been up in arms, and I would have been
11    contacting Prestige or Jeanneau to try to deal with
12    these issues.
13         Q    Uh-huh.
14         A    But CYC did a great job.  And I wanted to
15    commend them for it, because, you know, when there
16    are these things going on, even though as you read
17    through my emails, I think they're respectfully
18    written, it's still --
19              I'm a business owner myself, so it's tough
20    to get all these complaints from a customer and I
21    wanted to make sure that they knew that I was
22    appreciative, and I wanted to make sure that
23    Prestige Corporate knew that if it wasn't for these
24    folks, I probably would have been screaming bloody
25    murder.
```

```
 1        Q     Okay.  Just, this was not something you
 2   wrote at the request of anybody from CYC?
 3        A     Not that I recall.
 4        Q     Okay.  And then the last -- there's a
 5   reference to a video that you filmed with Penn Fenn
 6   down at the bottom.
 7        A     Yes.
 8        Q     Can you tell me a little about that?
 9        A     Yeah, yeah.
10              MR. HARTMAN:  Is that Paul?
11              THE WITNESS:  It's Paul Fenn, yeah.  Paul
12   Fenn.
13              MR. O'DONOVAN:  Sorry.  Paul Fenn.
14        A     Paul Fenn -- my understanding is Paul Fenn
15   was an executive with Jeanneau.
16        Q     Uh-huh.
17        A     Then he just was -- as a contractor doing
18   promotional videos, so when someone would buy a
19   boat, he often would come to the boat; why did you
20   buy the boat, do you like it, et cetera, et cetera.
21              And I think they knew I have a lot of
22   experience on camera, so they liked the idea of
23   bringing me on.  And then I have a decent size
24   audience because of the work that I do.
25        Q     Uh-huh.
```

```
 1      A    So I think that was appealing to them as
 2  well.  And --
 3      Q    This is -- and I have Googled you like we
 4  should always do before a deposition.  This is the
 5  YouTube video that you did?  Is that --
 6      A    Correct.
 7      Q    Okay.  Okay.
 8      A    Yeah.  I assume they placed it on YouTube.
 9      Q    It is now on YouTube, right.
10      A    Yeah.
11      Q    Yeah.
12           MR. O'DONOVAN:  Let's go off the record
13  for a second.
14                      -  -  -
15           (Discussion off the Record.)
16                      -  -  -
17  BY MR. O'DONOVAN:
18      Q    Let's go back on the record.  You had
19  mentioned to me earlier that you had some, taken
20  some electrical courses.
21           When you were experiencing problems with
22  the smell coming from the batteries, did you ever
23  check the wiring that's connected with the
24  batteries?
25      A    No.
```

```
 1        Q    Okay.  That's not something you felt --
 2        A    Absolutely.  I was not qualified to do
 3   that.  So the first call is to Ryan.
 4        Q    Okay.
 5        A    And they do that.
 6             MR. O'DONOVAN:  Okay.  Mr. Port, that's
 7   all I have for you right now.  Thank you.
 8             THE WITNESS:  Sure.
 9             MR. HARTMAN:  You can sit where you are.
10   I'm just going to move down a little bit, so I'm not
11   hollering from across the room.
12   BY MR. HARTMAN:
13        Q    Good afternoon, Mr. Port.  My name is Ed
14   Hartman.  I'm the attorney for Jeanneau and I'm just
15   going to follow up on a few questions Mr. O'Donovan
16   asked you.
17             One of the initial questions I'm a little
18   unclear on is your relationship with Mr. Schierloh.
19   Did you ever actually retain him as an attorney or
20   are you simply here through the insurance company?
21        A    No.  I never retained him as an attorney.
22             I suppose I'm here just because I own the
23   boat.
24        Q    Right.  Okay.
25        A    Meaning I don't have a horse in the race.
```

```
 1      Q    Gotcha.  Well, then in preparing for
 2   today's deposition what, if any, conversations did
 3   you have with Mr. Schierloh about this deposition?
 4           MR. SCHIERLOH:  Hold on a second.  I'm
 5   representing him in the matter.  We've agreed to
 6   that.  We -- not that it's --
 7           MR. HARTMAN:  Let's go off the record for
 8   a second.
 9                      -  -  -
10           (Discussion off the Record.)
11                      -  -  -
12   BY MR. HARTMAN:
13      Q    Back on the record.  Don't answer that
14   question.
15           I want to be clear on the last time you
16   used the boat.  After going through a few documents,
17   it appeared that you took a two-week trip about --
18   and it started on July 16th; is that correct?  Or
19   shortly there after?
20      A    The documents we just looked through
21   indicated the timeline.  So if July 16 is what we
22   indicated in here, then I imagine that's correct.
23      Q    And that went from July 16th or 17th,
24   essentially, through the end of July; is that
25   correct?
```

1       A    Correct.

2       Q    And then between the end of July and the

3   end of August when the fire occurred, were you on

4   the boat at all?

5       A    Yes.  I believe so.  I do not -- I can't

6   be a hundred percent sure.

7       Q    Okay.

8       A    But that was the period of time, there was

9   a period of time we weren't on the boat before the

10  fire.  But I don't know if we were down and when we

11  were down after the trip.

12      Q    Okay.  Sitting here today, can you give me

13  your best recollection, if you will, of your usage

14  of this particular vessel after the two-week trip

15  that ended at the end of July?

16      A    I don't have any specific memories around

17  what we did after that trip.  I think in part

18  because -- or what we do with the boat or on the Bay

19  is always the same.  So there's nothing that would

20  have been different after that trip.

21      Q    Okay.  Do you recall whether or not during

22  that month of August of 2016 whether you were having

23  any work done on the vessel in particular?

24      A    I don't recall.

25      Q    Other than Chesapeake Yacht Center, was

1    there any other vendor or service company that

2    performed any maintenance or repairs on the vessel

3    while you owned it?

4        A    Not to my knowledge, that were not --

5    unless they were contracted by CYC.

6        Q    You never hired anyone directly other than

7    Chesapeake Yacht Center to work on the vessel?

8        A    Not to my knowledge.  There would be no

9    reason to.

10       Q    And if you did, would there be some record

11   of that?  I know you said you didn't have a log.

12       A    There could be.  I don't have any.  I mean

13   I would say, I'm 99.9 percent sure I have never --

14   nobody else worked on it except CYC.

15       Q    Okay.

16       A    It was a warrantied boat, so they provide

17   a service for that, so there would be no need for

18   anyone else.

19       Q    Gotcha.  When you acquired the vessel, do

20   you recall signing a set of documents at a

21   particular time?  Let me clarify that.

22            Not when you entered into the contract to

23   buy it, but when you actually paid for the vessel

24   and took ownership?  Do you recall what documents

25   you may have signed at that time?

1      A     Well, there's two different periods.

2  There's when we signed the purchase agreement, and

3  then there's when we took delivery.

4      Q     Right.

5      A     So I don't recall signing things when we

6  took delivery.  I imagine because we technically

7  owned the boat once we paid for it I suppose.

8            But I don't recall anything specific.

9      Q     Do you remember seeing or signing for a

10 warranty from Jeanneau Prestige at any time?

11     A     Not that I recall.  But I imagine I would

12 have.

13     Q     Please tell me about the relative exposure

14 of the vessel in its slip at the end of the T-berth

15 to sea motion or waves or wind.  Can you describe

16 that a little bit?

17     A     Very, very little bit.  Osprey Point is

18 very well-protected.  So there was, where the T-head

19 was, there's about maybe a hundred feet of

20 relatively shallow water that, that just goes up to

21 the land, so the land sort of curves out.  I'm not

22 describing it very well.

23           But in a nutshell, if you had five-footers

24 on the Bay, we wouldn't know where our slip was.  We

25 wouldn't feel anything.

```
 1       Q    Does it change depending upon the
 2  direction of the wind?  Is there enough of a fetch,
 3  if you will, to create some waves?
 4       A    Not, not really.  There's very little
 5  fetch in that particular area because it's so
 6  enclosed.
 7            It's the reason that there are three
 8  different marinas right in there, because it's very
 9  well-protected.
10       Q    You testified earlier that you, your
11  standard practice was to leave a power cord attached
12  to the vessel --
13       A    Correct.
14       Q    -- when you left.  How many power cords?
15       A    Well, that boat only had one 50 amp
16  service.
17       Q    Do you recall where that power cord came
18  from?
19       A    I'm not sure what you mean by the
20  question.
21       Q    Okay.  Let me clarify it.  Did it come
22  with the boat when you bought it?
23       A    Yes.
24       Q    Do you have any recollection of whether it
25  was supplied by CYC or by Jeanneau?
```

```
 1        A    I would imagine it comes from Jeanneau,
 2   because it's built into the boat with a Glendinning
 3   system that automatically retrieves it.
 4        Q    Oh, so this is a power cord that is rolled
 5   around a spool --
 6        A    Correct.
 7        Q    -- in the interior of the vessel?
 8        A    Correct.  A 50-amp service.  Sorry.
 9        Q    Thank you.  That clarifies that.
10             It was my understanding that when this
11   boat actually did catch fire, that some of the
12   people were hesitant to go down to the boat because
13   it was so hot.
14             Do you recall that?
15        A    Yes.  That's what I was told.
16        Q    Okay.  And I also understood that at some
17   point in time someone from the marina perhaps was
18   brave enough to go down and cut the lines and let it
19   drift away from the dock.
20             Did that happen to your recollection?
21        A    I do not think it drifted away from the
22   dock, no.
23             They may have cut a line or two, but when
24   I arrived, the boat was sitting on the bottom right
25   in the same spot that, that it would be if it was
```

```
 1    floating and moored and tied to the dock.
 2         Q    So it sank?
 3         A    Well, it sank I think because when, when
 4    the fire boats are spraying it, they're filling it
 5    with foam and water.  So the only thing that was
 6    left was just the hull.  And then it just kind of
 7    collapsed into the water.
 8         Q    It had burned to the water line completely
 9    or was part of the freeboard --
10         A    Correct.  So it had burned, from what I
11    recall, it had burned pretty much to the freeboard.
12    So there was no, there was no deck left.  There was
13    no boat left except the hull and all the debris that
14    was in it.
15              But the freeboard is probably about five
16    plus feet.  And the depth of the water at low-tide
17    there is about 5, 6 feet.  So it had sunk and was
18    just sitting on the bottom.  So you could see the
19    top of the freeboard just sticking out of the water,
20    but the rest of the boat was submerged at that
21    point.
22         Q    Was the interior of the burnt vessel
23    filled with water when you saw it?
24         A    Well, debris and water.  It was just a
25    black, charred mess.  It didn't look like a boat
```

```
 1    that had a second or third story.
 2        Q    Do you recall the draft of that particular
 3    boat?
 4        A    I think it was 4'10.
 5        Q    This is going to sound like an odd
 6    question, but I was confused by one of your first
 7    answers.
 8             You said there was a woman you were living
 9    with, and then you met another woman and lived with
10    her, but then you also talked about your wife.
11        A    No.  No.
12        Q    I was just a little confused.
13        A    I'm glad my wife is not here.  Is that off
14    the record?  So, no.
15             So I lived with a woman for a number of
16    years and then -- can I go off the record for a
17    second?
18             MR. HARTMAN:  Sure.
19                   -  -  -
20             (Discussion off the Record.)
21                   -  -  -
22    BY MR. HARTMAN:
23        Q    We can go back on.
24             When you say you don't perform the
25    maintenance on the boat, you literally do absolutely
```

```
 1   nothing on the boat yourself?
 2       A    No.  I check every time I'm there.  I
 3   check the strainers, I check the fluids, I check the
 4   bilge for any water or oil or anything else.  I
 5   always keep oil pads under the engines just in case
 6   to catch any oil dripping or anything else like
 7   that.
 8            I'll do preventive maintenance like making
 9   sure that, you know, like the screws are tight on
10   the rub rail or on the, you know, bow rail.  Things
11   like that.  But I will not do any extensive repairs
12   on the engines or the HVAC or anything like that.
13       Q    Do you have a pre-start checklist that you
14   go through that's in writing?
15       A    The question -- right now I don't, but on
16   that particular vessel I had a very comprehensive
17   safety binder that I would give my guests.
18            I don't remember if there was a pre,
19   pre-start checklist in there or not.  But I have a
20   pre-start checklist in my head.  I do the same thing
21   every time.
22       Q    And what is that?
23       A    So usually when we get to the boat, we're
24   not taking it out right away.  Usually we'll get
25   there in the afternoon and stay the night, and the
```

```
 1    next day we'll take it out.

 2              So all the breakers go on.  I go down and

 3    I check all of the seacocks to make sure that

 4    everything is open properly.  Anything that I

 5    closed, I reopen.  I check all of the strainer

 6    baskets to make sure they are free of debris and

 7    clean.  If they need to be cleaned, I'll open them

 8    up, clean them, put them back in.  I check the oil

 9    in both engines, and then I check under the engines,

10    as I mentioned, to see if there's any drops.  I

11    always check my safety equipment, make sure that the

12    life jackets are where they're supposed to be.  I

13    check the tie-down straps for the tender, make sure

14    that's secure.

15              And then when I power up at the helm, I

16    check all of my systems.  I check my radar, I check

17    to make sure that the charts are working properly,

18    loading properly.  And that usually covers me.

19        Q    Okay.  And when you're underway, what sort

20    of gauges are available for you to determine what

21    load may be on the engines and the batteries?

22        A    So I think they call it a "vessel view."

23    I don't remember if that's the term that they use,

24    but there's a touch screen on the boat that will

25    give you most of your systems.  And I had that set
```

```
 1   so that it would run through all the different
 2   screens on a regular basis so I could, you know, see
 3   them.  Sometimes I would keep up on one of the
 4   screens the systems screen, because that's one of
 5   the options that you had.
 6             And then, you know, if there's an error,
 7   you get an alarm code.  It starts making noise and
 8   beeping.
 9        Q    Do you remember during that two-week trip
10   you took in July of 2016 whether or not any error
11   codes came up on that system?
12        A    I don't recall.
13        Q    When you go down to the boat and you are
14   not going to leave until the next day, do you
15   generally run on shore power or generator?
16        A    When we're on the boat?
17        Q    Yeah.
18        A    Shore power.  You don't run the generator
19   at the marina.  I'm sure you --
20        Q    It's rude, but a lot of people do it.
21        A    Oh, they do?  Yeah.  I think there may
22   have actually been a rule at that marina you can't
23   run a generator.
24        Q    Do you remember when the generator --
25   excuse me -- when the battery chargers were
```

 1    replaced, do you remember the old and new brands of

 2    the generator?

 3              MR. O'DONOVAN:  Battery chargers.

 4              MR. HARTMAN:  Oh, battery chargers.

 5    A    Gotcha.  I just remember the old ones were

 6    green and the new ones were white.  That's the best

 7    I can do for you.  If you gave me brand names, it

 8    might jog my memory, but I don't recall.

 9       Q    I wouldn't know.  Did it appear to be from

10    a different company, just rather than --

11       A    Yeah.

12       Q    It did?

13       A    It did seem to be a different brand

14    because they looked very different.

15       Q    Okay.  And those new ones were replaced by

16    CYC?

17       A    Correct.

18       Q    And I think you already testified that

19    once they did that work, there was no longer any

20    problems with battery chargers?

21       A    Not that I recall.

22       Q    Okay.  You talked about the starboard

23    engine having a heavier load on it; is that correct?

24       A    Uh-huh.  Correct.

25       Q    Is the starboard engine counter-rotating;

1    do you know?

2        A    I don't know which one.  No.  I don't

3    think so.  I think on pods, and again you are going

4    to have to ask the experts for this one, but I think

5    on the pods because there's two propellers on each

6    pod, it's not like a typical shaft-propulsion system

7    where one is counter-rotating -- one goes clockwise,

8    the other goes counter-clockwise because there's two

9    on each one.  I think they operate similarly --

10       Q    Okay.

11       A    -- is my understanding.

12       Q    And did you bring that to the attention of

13   CYC?

14       A    No, because this would be their area of

15   expertise.

16       Q    But I mean did you make it known to them?

17       A    That there was a load issue?

18       Q    Yes.

19       A    Yes.  Absolutely.

20       Q    I saw an email between you and Nick Harvey

21   and Olivier Grossin of Jeanneau.  Were there any

22   other communications that you had with Jeanneau

23   directly?

24       A    I believe Olivier was out to the boat one

25   or two times and I know I saw him there at least

1    once, because he was involved, very involved in the

2    battery issue.  Because my understanding was all of

3    that needs to run through the manufacturer because

4    it's all warranty-related issues.

5              I would see Nick at boat shows, and I may

6    have had some other email communication with him,

7    but I don't recall anything specific.

8        Q    Do you remember ever making a specific

9    warranty claim directly to Jeanneau as opposed to

10   just CYC?

11       A    No.  Not to my knowledge.

12       Q    Did you ever at any time prior to the fire

13   retain counsel to assert claims either against CYC

14   or Jeanneau?

15       A    No.

16       Q    And you currently own a Jeanneau 630; is

17   that correct?

18       A    Correct.

19       Q    Is that the very next boat you bought

20   after the 550?

21       A    Yes.  We were going to buy the 560 and

22   then I decided to add more money to it and upgrade

23   to the 630.

24       Q    And you also bought that from CYC;

25   correct?

1      A    Correct.

2      Q    Okay.  There was a list of personal

3 property that was on the boat that was damaged; is

4 that correct?

5      A    Correct.

6      Q    Okay.  Was there anything that you recall

7 in that list that wasn't just something you normally

8 put on your boat?

9      A    I'm not sure I understand the question.

10      Q    Let me see if I can -- for my boat over

11 there, I would have foul-weather gear on it, lines

12 and all kinds of other things that weren't

13 necessarily on the boat, but are part of the boat.

14           Did you have anything in particular on the

15 boat that was not part of any boat you would

16 normally bring on?

17      A    Not to my knowledge.

18      Q    What is your belief that your refrigerator

19 is hardwired to the battery and not through a

20 breaker?

21      A    Well, it may have a breaker, but my

22 understanding is that it runs always.  Even if you

23 turned all -- there's no refrigerator breaker in the

24 breaker panels or 110s.

25      Q    Is that true on your 630 also?

1      A      Yeah.  It may be somewhere, but I'm not

2  aware of it.

3      Q      Okay.  The humidifier to which you

4  referred, is that part of the integrated air

5  conditioning system?

6      A      Yes.

7      Q      That's not something you brought in and

8  plugged it?

9      A      No.

10      Q      And you're shaking your head no.  Okay.

11  Got it.

12           You mentioned that you would -- on a

13  couple occasions there was a sulphur smell that you

14  believed turned out to be the battery fluid

15  depleting; is that correct?

16      A      Correct.

17      Q      How often did that occur?

18      A      It occurred a number of times until they

19  replaced the batteries.

20      Q      Okay.  And it didn't occur after that; is

21  that correct?

22      A      Not to my knowledge, no.

23      Q      Sitting here today, do you have any

24  opinion, whether your own or from anyone, any third

25  person other than any conversation you had with your

```
 1  attorney, as to the actual cause of this fire?
 2      A    No.
 3           MR. HARTMAN:  Okay.  Thank you.  I'm done.
 4  Do you have any follow-up or?
 5           MR. SCHIERLOH:  I have a few.  Off the
 6  record.
 7                    -  -  -
 8           (Discussion off the Record.)
 9                    -  -  -
10  BY MR. SCHIERLOH:
11      Q    Back on the record.  Good afternoon, Mr.
12  Port.  I just have a few follow-up questions from
13  your earlier testimony.
14           Actually, what I would like to do is I
15  would like to show you what was marked Bates Number
16  XL-01320133.  I would ask you to take a look at
17  those two documents and let me know if you can
18  identify what those are.
19      A    These were the various totals for the
20  items that were lost on the boat.
21      Q    Okay.
22      A    And then of course there's one for the
23  tender.
24      Q    All right.  And it looks -- what is shown
25  for a total of personal property damage?
```

1      A    $63,197 and 2 cents.  Boat gear, galley

2  items, clothing, bedding, miscellaneous, and then

3  the tender.

4      Q    Okay.  And did you support -- provide

5  supporting documents, receipts to your underwriter?

6      A    I did.

7      Q    Okay.

8           MR. SCHIERLOH:  Let's mark this as Port

9  Number 6.

10           (Port Exhibit Number 6

11            was marked for identification.)

12  BY MR. SCHIERLOH:

13      Q    I would like you to look at Bates stamped

14  XL-2601.  Are you able to identify what that

15  document is?

16      A    Watercraft Marine Insurance Policy

17  Declarations page.  So this looks like the

18  declarations page for the insurance for Home Port.

19           Is there anything in particular you want

20  me to --

21      Q    No.  I just wanted to ask you about some

22  of the coverage amounts that are in the document.

23      A    Sure.

24      Q    Do you see there's the whole coverage

25  agreed value of $1,324,000?

1        A    Correct.

2        Q    Okay.  Was that what you paid for the

3   vessel?

4        A    Correct.

5        Q    Okay.  In addition there's a personal

6   property coverage with a $10,000 limit.  Do you see

7   that?

8        A    I do.

9        Q    Okay.  Your personal property damage

10  exceeded that amount; correct?

11       A    Correct.

12       Q    Okay.  Did you receive $10,000 from XL for

13  the personal property that was damaged?

14       A    Yes, I did.

15       Q    Okay.  In addition to that, what other

16  funds did you receive from XL with respect to the

17  loss of the Home Port?

18       A    So the agreed value, the personal property

19  and then another, another amount of money that was

20  supplemental to get us to the cost of replacing the

21  boat with a new model.

22            So I think it was about 140 some odd

23  thousand dollars.

24       Q    Would that have been $140,000 in addition

25  to the $1,324,000?

```
 1      A    Correct.  Because the price of the, to
 2   replace that model was about 1.5 million and change.
 3      Q    Okay.  In addition to that you had a
 4   tender that was attached to your vessel; correct?
 5      A    Yes.
 6      Q    Did you receive any funds for that?
 7      A    Yeah.  The $20,000 -- where is it?
 8   $20,245 is what I had claimed.  And I think I
 9   received 20,000 for it, if I recall correctly.  Was
10   that the limit?  I don't think it's on this one.
11   But I believe it was $20,000.
12      Q    Okay.
13           MR. SCHIERLOH:  Can you mark this as Port
14   number 7?
15              (Port Exhibit Number 7
16               was marked for identification.)
17   BY MR. SCHIERLOH:
18      Q    Okay.  I would like to kind of circle back
19   now to the boat itself and the various issues that
20   had been experienced between the time you took
21   possession of the vessel.
22           First of all, do you recall when you took
23   possession of the vessel?
24      A    Yes.  At the end of March in 2015 I
25   believe or '16.  I don't remember.  I bought it
```

1    in -- we signed the papers at the end of -- in

2    December.  So I guess that's '15.  And then '16 is

3    when we took delivery in March, end of March.

4         Q    Okay.  There were some documents in the

5    production from Chesapeake Yacht that indicated you

6    took possession on March 25th of 2016.  Does that

7    seem right?

8         A    That sounds correct.  Yeah.  That sounds

9    correct.

10        Q    So you had autopilot on your vessel?

11        A    Yes.

12        Q    Did you have any problems with the

13   autopilot?

14        A    Yes.

15        Q    What problems did you have with that?

16        A    I could not get the autopilot to follow a

17   course properly.  I could get the autopilot to

18   maintain a heading, but not follow a course.  So

19   there were issues with the autopilot and how it was

20   connected to the chart plotters.

21             And I do believe they attempted to fix it,

22   but I don't think it was ever fixed properly or

23   fully.

24        Q    Okay.  Was that an issue that you had

25   brought to the attention of Chesapeake Yacht?

```
 1      A    Correct.

 2      Q    Okay.  And it's your recollection that the

 3 issue was never resolved?

 4      A    Correct.

 5      Q    Were any repairs performed on the vessel

 6 during the period of time that you were in

 7 possession of it that you paid for out of pocket?

 8      A    No.

 9      Q    Were all the issues that you experienced,

10 were they covered by a warranty?

11      A    Correct.

12      Q    Okay.  And do you have knowledge of whose

13 warranty covered those issues?

14      A    Yes.  The manufacturer.

15           One thing I would say, the only thing --

16 there was a couple things I added.  Like I added a

17 fusion stereo.  So that, I paid out of pocket for

18 that because it was an addition, it wasn't a repair.

19 A couple little things like that I think I had added

20 on as extras.  But, no, everything else was from

21 my -- it was under warranty.

22      Q    And for all the warranty work, who did

23 you -- strike that.

24           For all the warranty work who did you deal

25 with?
```

1       A       Chesapeake Yacht Center.

2       Q       Okay.  Did you ever deal with Jeanneau for

3   anything?

4       A       Not directly.

5       Q       Okay.  You talked about your process for

6   when you would leave your vessel at the dock for any

7   extended period of time when it was shut down.

8               How was the vessel secured?

9       A       To the dock?

10      Q       No.  Was it locked?

11      A       Oh, yeah, yeah.  So the vessel was always

12  locked.  The cabin doors are where you would enter,

13  there was a spare key kept in a lockbox on one of

14  the fuel tanks inside of the engine room, so that

15  when Chesapeake Yacht Center went there they could

16  access the key to get the code.  They actually put

17  the lock box there.

18              And otherwise the boat was, was never left

19  open.

20      Q       Who had the code to the lockbox?

21      A       Chesapeake Yacht Center.  And then if they

22  sent somebody to the boat, say Cummins, I imagine

23  they would give Cummins the code as well.

24      Q       Did you ever give anyone the code?

25      A       Not to my knowledge.

1        Q    Just going back to the, you said you had a
2    stereo put on the vessel?
3        A    Correct.
4        Q    Who was that installed by?
5        A    Chesapeake Yacht Center.
6        Q    Okay.  I would like you to take a look at
7    what was previously marked as Port Number 3.
8             A simple question on this is this is a
9    document purportedly prepared by Mr. Dobb is my
10   understanding.  I just want to know as you sit here,
11   do you know if these dates that are indicated on
12   each of these pages are in fact accurate?
13       A    No.
14       Q    Now, earlier you discussed some various
15   electrical issues that you had experienced with the
16   vessel.  Did you have these problems while the
17   vessel was underway?
18       A    Generally the electrical problems were not
19   when we were underway.  Generally we saw the
20   electrical issues when we were either at the dock or
21   when we were on the hook, you know, when we had the
22   anchor out and we were just in a cove somewhere.
23            Outside of the load issues on the engine
24   or the, you know, sometimes we would get that alarm
25   for the starboard engine.  I would have to shut down

1    the engine while we were underway and then start it

2    back up again.  Of course I take weight off, I

3    wouldn't be, you know, if I'm planning to shut down

4    the engine.

5         Q    What about the generator shutting off?

6         A    That's -- well, we only used -- so the

7    generator would do that when we discovered -- put it

8    this way -- when we were on the hook is when we had

9    that issue primarily.  I didn't have that issue

10   while we were underway running the generator.

11        Q    Okay.  What about the stove turning on and

12   off on its own?

13        A    Same thing.  In large part because, you

14   know, we don't use the stove while we were underway,

15   so I wouldn't know if it would do the same thing

16   then.

17        Q    And you --

18        A    But we did have that issue, too, while we

19   were hooked up to shore power.

20        Q    Okay.  You indicated earlier that the VHF

21   had an issue where it would go on and off by itself.

22   Was that --

23        A    Yeah.  Usually on by itself and then I

24   would have to turn it off.

25        Q    Okay.  Was that an issue that would occur

1    while the vessel was either on the hook or at the

2    dock or underway --

3        A      That was when the vessel was off and the

4    electronics were off is when that would occur.

5    Because if the electronics were on and the vessel

6    was on, I would be underway and the radio, the VHF

7    would be on because I was underway.

8              So the only time that would happen is when

9    we weren't underway and the boat was not on.

10       Q      So would it be fair to say that would be

11   at the dock?

12       A      Correct.

13       Q      Okay.

14       A      At the dock or on the anchor.

15       Q      You had stated earlier that if -- I don't

16   want to misquote you, but it was along the lines of

17   if not for the service you had received from

18   Chesapeake, that you would've been screaming bloody

19   murder.

20       A      Yeah.

21       Q      Can you elaborate on that?  What do you

22   mean by that?

23       A      Well, you know, I do understand that new

24   boats are going to have some kinks to work out, but

25   the number of issues that we had with this vessel

1    were I think extreme, and consistent, and often

2    catastrophic; catastrophic oil failure, catastrophic

3    shearing of a prop, a shearing of a shaft losing

4    props, the load on the engine, the battery chargers,

5    the catastrophic loss of the batteries.  So all of

6    these complete failures to me are, are not typical.

7          But, because Chesapeake Center was so good

8    about dealing with them, you know, they, they were,

9    they were attentive, they took care of it.  If they

10   weren't, that's when I would have been up in arms

11   about it.

12       Q    After the vessel burned you purchased

13   another Jeanneau vessel; correct?

14       A    Correct.

15       Q    Did you have any concerns about buying

16   another Jeanneau?

17       A    I did.  So, I -- we had some concerns.  I

18   was looking at some other boats.  But we decided to

19   stay with Prestige for two reasons primarily.  One

20   was I felt very good about working with Chesapeake

21   Yacht Center, and when you buy a new boat,

22   especially a European boat in this area, getting

23   service is very difficult.  And they had given me

24   such good service, that I felt they'll continue to

25   take care of me, and frankly if your boat burns

1    down, I imagine they're going to take even better

2    care of you going forward.  So that was one issue.

3              The second reason was my wife had spent a

4    season boating with me on our Sea Ray and then this,

5    and then the time we had with the 550 and she had

6    just really learned the systems on the 550, and I

7    had just really, you know, I think mastered the

8    systems on the 550.  And if we went to a different

9    vessel and a different brand, we would have had to

10   learn the whole boat all over again.

11             I just wanted to keep it easy also for

12   her.  To try to just get back into boating without

13   another learning curve for her, because it was very

14   important to me that she was comfortable.

15             So those are the two primary reasons.  I

16   did have some concerns and then I also figured this

17   happens to boats every once in a while.  I'm sure,

18   you know, most brands have had an issue like this.

19   But then I just heard about a boat that caught fire,

20   a Prestige 500 this spring on the ICW.  It was

21   actually just a couple days after I had been down

22   the ICW taking the boat to Florida, and someone

23   posted it in the Prestige yacht owners group, and

24   that was a little bit scary.

25        Q    When I was reviewing documents that were

1    produced by Chesapeake, there's an email regarding a

2    chain count.  Do you recall any issues with a chain

3    count?

4        A    Oh, yeah.  The chain counter wasn't

5    working properly and required fixing and that they

6    did fix.

7        Q    What is a chain counter?

8        A    A chain counter just tells you how much

9    chain you have out.  So you can, it can be in feet

10   or meters, whatever you prefer.  It gives you how

11   much scope you have out.

12       Q    Is it a display?

13       A    Yeah.  It's a little display that has a

14   LED screen and it just gives you the numbers.  It

15   just counts it off.

16       Q    What was the issue you were having with

17   that?

18       A    It was just wrong.  It was just dead

19   wrong.  So I would have, you know, maybe 50 feet out

20   and it would tell me I had nine feet out.  It was,

21   it was just wrong.

22            MR. SCHIERLOH:  That's all I have for now.

23   Thank you.

24   BY MR. O'DONOVAN:

25       Q    Can I just -- I have a couple of brief

```
 1   follow-ups.
 2            The stove, when you went through a list of
 3   things that, breakers and things that you would turn
 4   off when you were connected up to shore power, was
 5   there a breaker associated with the stove?
 6        A    Yes.
 7        Q    Did you turn it off?
 8        A    Yes.
 9        Q    Then you mentioned a discussion you had
10   with somebody from Jeanneau about the batteries,
11   Olivier?
12        A    Olivier, yeah.
13        Q    Where did you talk with Olivier about the
14   batteries?
15        A    I don't know.  I'm not entirely sure.  I
16   do -- he was on the boat, but I'm not sure if he was
17   on the boat for that reason or for some other
18   reason.  There's been obviously a number of
19   different issues.
20            But I knew that they were in very close
21   contact with Olivier during this issue with the
22   batteries and the battery chargers, because it's
23   such a significant electrical issue and he would,
24   you know, amongst this group of people have the most
25   knowledge or experience to offer.
```

```
 1      Q    When you referred to "they," that's CYC
 2   you're talking about; right?
 3      A    Correct.  CYC and Jeanneau Prestige.
 4      Q    Okay.  Did he tell you -- what did Mr.
 5   Olivier tell you about the batteries and the battery
 6   chargers?  Do you remember?
 7      A    Nothing that was of any significance or
 8   note.  He was just trying to figure it out.  He
 9   didn't really understand why we were having these
10   issues.
11      Q    Okay.  Did you, after the battery chargers
12   and the batteries were replaced, do you recall
13   having any further discussions with Olivier about
14   that?
15      A    Not that I recall.
16           MR. O'DONOVAN:  That's all.
17           MR. HARTMAN:  Nothing further from me.
18           MR. SCHIERLOH:  One more.
19   BY MR. SCHIERLOH:
20      Q    Mr. Port, do you think you would in the
21   future buy another Jeanneau vessel?
22      A    No.
23      Q    Why not?
24           MR. O'DONOVAN:  It's the classic lawyer.
25   One more question.  He just asked you a second one.
```

```
 1              MR. SCHIERLOH:  Columbo.
 2              THE WITNESS:  No.  I don't think I would.
 3    There's a couple reasons.  One --
 4              MR. HARTMAN:  I object to the line of
 5    questioning before we go further.  Speculation.  It
 6    has nothing to do with anything, but you can answer.
 7       A    Okay.  One, I'm not crazy about the next
 8    models up, so if I was going to buy a new boat,
 9    usually you would go upgrade to the next one.
10              And I do have some concerns about the
11    manufacturing quality overall.  I think the way that
12    I heard it described is they do just enough.  Some
13    brands do everything and then more.  So Viking, for
14    example, you know, those boats take a beating.
15    Nordhavn, et cetera.
16              But I think what they're doing with the
17    boats is they're trying to price them very
18    competitively against some of the other brands that
19    are of similar size and style boats.  And I think
20    the way they do that is by cutting some costs and
21    cutting some corners and as a result, cutting some
22    costs.
23              That's why I think I feel like they do
24    just enough, but I'm not impressed with it, you
25    know, in any way that makes me feel very confident
```

1   to continue forward.  I guess that would be my

2   answer.

3            MR. SCHIERLOH:  Okay.  All right.  Thank

4   you.

5            MR. HARTMAN:  No.

6            MR. O'DONOVAN:  Thank you very much.

7            MR. SCHIERLOH:  He will read and sign.

8             (Whereupon, at 12:48 p.m., the

9             deposition of MICHAEL A. PORT

10            was concluded.)

11                   *   *   *   *   *

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    A C K N O W L E D G M E N T   O F   D E P O N E N T

2

3

4    I, MICHAEL A. PORT, do hereby acknowledge I

5    have read and examined the foregoing pages of

6    testimony, and the same is a true, correct and

7    complete transcription of the testimony given by

8    me, and any changes or corrections, if any, appear

9    in the attached errata sheet signed by me.

10

11

12

13

14

15

16

17

18

19    _____        _____

20    Date                            MICHAEL A. PORT

21

22

23

24

25

```
 1   STATE OF MARYLAND           )
 2                                   ss:
 3   ANNE ARUNDEL COUNTY         )
 4          I, ROBERT M. JAKUPCIAK, an RPR and Notary
 5   Public within and for the State of Maryland, do
 6   hereby certify:
 7          That the witness whose deposition is
 8   hereinbefore set forth, was duly sworn and that the
 9   within transcript is a true record of the testimony
10   given by such witness.
11          I further certify that I am not related to
12   any of these parties to this action by blood or
13   marriage and that I am in no way interested in the
14   outcome of this matter.
15          IN WITNESS WHEREOF, I have hereunto set my
16   hand this 25th day of March, 2019
17
18
19
20
21   My Commission Expires:
22   October 17, 2019
23
24
25
```

## Exhibits

**Port 1**
4:13 6:17,19,23

**Port 2**
4:14 51:23,24,25

**Port 3**
4:15 52:16,17,18
58:14

**Port 4**
4:16 57:21,22

**Port 5**
4:18 59:14

**Port 6**
4:19 81:10

**Port 7**
4:21 83:15

---

### $

**$1,324,000**
81:25 82:25

**$10,000**
82:6,12

**$140,000**
82:24

**$20,000**
83:7,11

**$20,245**
83:8

**$63,197**
81:1

---

### 1

**1**
6:17,19,23

**1.5**
83:2

**100-ton**
11:9,11

**110s**
78:24

**12:48**
96:8

**140**
82:22

**15**
55:6 84:2

**16**
54:11 64:21 83:25
84:2

**16th**
64:18,23

**17**
58:22

**17th**
58:23 64:23

---

### 2

**2**
51:24,25 81:1

**20**
55:9 56:2,13 58:20,
21

**20,000**
83:9

**2004**
10:4

**2013**
11:5

**2014**
15:25

**2015**
16:4 83:24

**2016**
16:6 51:2 54:16
65:22 74:10 84:6

**25**
53:10 58:19

**25th**
84:6

**27-foot**
10:5

**28**
54:11

---

### 3

**3**
52:17,18 58:14 87:7

**31**
9:11 43:15

**31st**
22:20

---

### 4

**4**
57:21,22

**4'10**
71:4

**42-foot**
10:11

**420**
10:1,14

**45**
10:3

---

### 5

**5**
54:16 59:14 70:17

**50**
42:15 68:15 92:19

**50-amp**
69:8

**500**
91:20

**550**
77:20 91:5,6,8

**560**
77:21

---

### 6

**6**
70:17 81:9,10

**630**
77:16,23 78:25

---

### 7

**7**
83:14,15

---

### 8

**80**
34:11

**89-'93**
8:14

---

### 9

**99.9**
66:13

---

### A

**a-half-foot**
10:3

**ability**
6:6

**aboard**
7:18 51:2 53:4

**absolutely**
14:21 19:2 63:2
71:25 76:19

**access**
38:24 86:16

**accompanied**
7:2

**accurate**
87:12

**acquired**
66:19

**acting**
8:8

**actual**
80:1

**add**
77:22

**add-ons**
17:6

**added**
85:16,19

**addition**
82:5,15,24 83:3
85:18

**additional**
52:11

**aft**
49:6

**afternoon**
63:13 72:25 80:11

**agree**
9:17

**agreed**
9:19 64:5 81:25
82:18

**agreement**
52:5,12 67:2

**ahead**
14:17 36:5

**air**
79:4

**alarm**
45:16,17 74:7 87:24

**alarms**
43:25 44:7,12,15

**alerted**
56:22

**amount**
82:10,19

**amounts**
81:22

**amp**
68:15

**Amy**
7:23

**analysis**
47:2

**anchor**
23:6 87:22 89:14

**Annapolis**
11:18 12:1 15:10,24

**answering**
6:5

**answers**
71:7

**apologize**
52:3

**apparently**
56:13 60:1,5

**appealing**
62:1

**appeared**
38:10 64:17

**appreciated**
18:21 60:8

**appreciative**
60:22

**approx**
11:5

**approximately**
11:6 34:11

**April**
53:10

**archive**
13:5

**area**
68:5 76:14 90:22

**arms**
60:10 90:10

**arrange**
40:15,16

**arrangements**
33:25

**arrived**
69:24

**assert**
77:13

**assign**
18:8

**assistant**
58:1

**assume**
6:4 62:8

**assuming**
58:12,24

**attached**
52:11 68:11 83:4

**attempted**
84:21

**attention**
76:12 84:25

**attentive**
90:9

**attorney**
63:14,19,21 80:1

**audience**
61:24

**August**
9:11 16:6 22:5,20
43:15 51:2 65:3,22

**automatically**
69:3

**autopilot**
44:13 84:10,13,16,
17,19

**aware**
79:2

---

**B**

**back**
5:16 22:3 23:16 25:4
32:23 42:8 43:4 50:4
55:15 58:14 62:18
64:13 71:23 73:8
80:11 83:18 87:1

88:2 91:12

**backwards**
24:12 58:4

**Baltimore**
20:15

**basically**
5:15

**basics**
6:16 7:4

**basis**
74:2

**baskets**
73:6

**Bates**
80:15 81:13

**batteries**
25:6,9 29:11,14,16,
24 45:2 55:11 56:3,4,
8,19,21,24 57:7,10
58:19,20 59:2 62:22,
24 73:21 79:19 90:5
93:10,14,22 94:5,12

**battery**
24:22,25 25:1,5 29:6,
7,13,15,24 42:25
55:1,2,10,16,19,23,
25 57:4,10,15 58:12,
24 74:25 75:3,4,20
77:2 78:19 79:14
90:4 93:22 94:5,11

**battery-
associated**
56:10

**Bay**
16:13,16 65:18 67:24

**beating**
95:14

**bedding**
81:2

**beeping**
74:8

**beginning**
59:25

**behalf**
33:22

**belief**
78:18

**believed**
48:20,25 49:4,11
50:6,12,20 79:14

**bell**
17:6

**berth**
41:24 42:4

**bet**
8:16

**bi-weekly**
40:19 41:6

**biggest**
42:14

**bilge**
72:4

**bills**
33:23

**bimini**
26:15 30:23 53:21

**binder**
72:17

**bit**
14:17 15:6 36:5
51:11 63:10 67:16,17
91:24

**bizarre**
47:3

**black**
70:25

**blended**
22:11

**blew**
38:1

**bloody**
60:24 89:18

**blowing**
37:11

**board**
12:10 54:17 55:10

**boat**
7:19 9:7,10,12 10:12,
14,21,24 11:16,17
12:8 15:4,10,23,24
16:20,22 17:7,25
18:7 19:2,3,5,6,7,18,
22 20:2 21:15,19
22:9,13,16,19,20,23
23:3 24:13,14 25:6
26:11 28:5 29:22
30:18 32:3 33:5
34:10,13,15 35:1,4,9,
14,16 36:1,3,12 37:2,
6,11,22 38:6 39:16,
20,23 40:6,7,8,9,18
41:5,14,17,22,25
42:10,17,19,24 44:9,
13,17,20 45:7,9,13,
17 46:2 49:14 51:3
52:13 53:5 55:16
59:22,23,24 60:5
61:19,20 63:23 64:16
65:4,9,18 66:16 67:7
68:15,22 69:2,11,12,
24 70:13,20,25 71:3,
25 72:1,23 73:24
74:13,16 76:24 77:5,
19 78:3,8,10,13,15
80:20 81:1 82:21
83:19 86:18,22 89:9
90:21,22,25 91:10,
19,22 93:16,17 95:8

**boat's**
36:24

**boating**
16:17 91:4,12

**boats**
9:21,24 10:16,17,18
12:3,11,13 37:9,14,
15 70:4 89:24 90:18
91:17 95:14,17,19

**boom**
46:8

**bottom**
46:2 52:8 54:11 61:6
69:24 70:18

**bought**
10:10 16:3 51:3
68:22 77:19,24 83:25

**bow**
72:10

**box**
86:17

**brand**
75:7,13 91:9

**brands**
75:1 91:18 95:13,18

**brave**
69:18

**break**
6:8,12,13,14 39:1
51:12

**breaker**
42:23 44:25 45:4,5
78:20,21,23,24 93:5

**breakers**
73:2 93:3

**briefing**
20:24 21:7,12

**briefly**
7:24 8:23

**brilliant**
36:16

**bring**
76:12 78:16

**bringing**
61:23

**brought**
79:7 84:25

**built**
10:4 69:2

**bulbs**
30:4,6,7

**burglar**
45:17

**burned**
9:11,18 22:16,20
57:1 70:8,10,11
90:12

**burning**
25:8,12

**burns**
90:25

**burnt**
9:25 70:22

**business**
9:5 19:13 60:19

**buy**
15:7 60:4 61:18,20
66:23 77:21 90:21
94:21 95:8

**buying**
16:22 90:15

---

**C**

**cabin**
37:24 86:12

**Caitlin**
57:25

**calendar**
23:17

**call**
9:14 20:22 25:19
63:3 73:22

**called**
5:4 8:25 9:12 34:16
36:7,17 37:15 46:23

**camera**
61:22

**capacity**
5:14

**captain**
11:13 19:3

**captain's**
11:3 20:22,23 21:7

**car**
36:19 60:4

**card**
23:21

**care**
7:25 19:16 30:23

60:6,9 90:9,25 91:2

**case**
72:5

**Cassidy**
57:25

**catastrophic**
90:2,5

**catch**
54:2 69:11 72:6

**caught**
41:18 91:19

**CCTV**
39:7,12

**Center**
5:10 13:7 16:13
17:12 65:25 66:7
86:1,15,21 87:5 90:7,
21

**cents**
81:1

**Century**
10:5

**cetera**
61:20 95:15

**chain**
92:2,4,7,8,9

**change**
15:22 68:1 83:2

**changed**
54:17

**changing**
54:23 57:4

**charge**
43:3 58:12

**charged**
43:5

**charger**
24:25 25:2 29:24
55:1,11

**chargers**
24:23 25:5 29:6,7,14,
16 42:25 55:2,17,19,
23,25 57:4,10,15

74:25 75:3,4,20 90:4
93:22 94:6,11

**charred**
70:25

**chart**
84:20

**charts**
73:17

**check**
7:2 30:1 40:25 56:24
62:23 72:2,3 73:3,5,
8,9,11,13,16

**checklist**
72:13,19,20

**Chesapeake**
5:10 13:7 15:9 16:9,
12,17 17:12 26:6
65:25 66:7 84:5,25
86:1,15,21 87:5
89:18 90:7,20 92:1

**Chris**
8:18 12:18 14:4 50:4,
10

**chronology**
58:15 59:1

**circle**
83:18

**claim**
14:18,20 49:13 77:9

**claimed**
83:8

**claims**
77:13

**clarifies**
69:9

**clarify**
66:21 68:21

**classic**
94:24

**clean**
40:10 48:6 73:7,8

**cleaned**
73:7

**cleaning**
41:2,12

**clear**
9:9 64:15

**clockwise**
76:7

**clogged**
43:24

**close**
34:18 37:5 93:20

**closed**
73:5

**closer**
31:10 37:3

**clothing**
81:2

**coast**
10:23 11:2 24:5 46:5,
20 47:11,23 48:12

**code**
74:7 86:16,20,23,24

**codes**
74:11

**Coleman**
17:19 18:3

**collapsed**
70:7

**collected**
13:16

**College**
8:1

**Columbo**
95:1

**comfortable**
43:20 91:14

**commend**
60:15

**commercial**
11:13

**communication**
13:6,9 77:6

**communications**
9:2 13:6 76:22

**communicative**
18:15

**company**
8:25 9:4 14:20 41:2
63:20 66:1 75:10

**competitively**
95:18

**complaints**
60:20

**complete**
90:6

**completely**
70:8

**comprehensive**
72:16

**concern**
13:3

**concerns**
90:15,17 91:16 95:10

**concert**
32:16

**concluded**
96:10

**conditioning**
79:5

**conditions**
52:11

**confident**
95:25

**confused**
71:6,12

**connect**
41:18

**connected**
42:19 44:12,14 45:1
62:23 84:20 93:4

**considered**
12:14

**consistent**
90:1

contact
17:21 18:8 36:11
93:21

contacted
40:23 47:19

contacting
60:11

continue
28:14 29:15 90:24
96:1

continued
44:16

continuing
33:4

contract
33:22 66:22

contracted
66:5

contractor
61:17

conversation
79:25

conversations
15:13 64:2

copies
14:5,12

cord
68:11,17 69:4

cords
68:14

corners
95:21

Corporate
60:23

correct
6:25 7:3,8,19,20 9:5
10:13,22 13:24 15:15
16:5,7,18 18:10
22:21,24 24:7,10
29:9,12 30:22 31:16
32:4 34:2,16 35:22,
24 38:15 39:13
41:11,23 42:14 43:17
44:21 45:6 48:8

49:15 51:3,4,7,8
55:8,18 56:1,16 59:6
62:6 64:18,22,25
65:1 68:13 69:6,8
70:10 75:17,23,24
77:17,18,25 78:1,4,5
79:15,16,21 82:1,4,
10,11 83:1,4 84:8,9
85:1,4,11 87:3 89:12
90:13,14 94:3

correctly
28:7 83:9

cost
82:20

costs
95:20,22

counsel
5:6 77:13

count
92:2,3

counter
92:4,7,8

counter-
clockwise
76:8

counter-rotating
75:25 76:7

counts
92:15

couple
5:12 12:16 15:12
18:11 30:17 31:4,19
38:3 40:13 58:7
59:19 79:13 85:16,19
91:21 92:25 95:3

courses
62:20

court
5:18,25 34:7

cove
23:5 87:22

coverage
81:22,24 82:6

covered
85:10,13

covers
73:18

cracked
26:15

cracking
26:5

crazy
95:7

create
68:3

created
52:22

credit
23:21

crowds
46:12

cruise
19:21,23 20:5

Cummins
20:23 21:1,4,9,10
27:2 33:17,24 55:6
86:22,23

curious
8:11

current
8:23

curve
91:13

curves
67:21

customer
60:20

cut
37:6 69:18,23

cutting
95:20,21

CYC
5:10 6:17 17:12,13
28:14 33:14,20,23,24
34:1 39:24 40:15,17
51:3,7 52:23 60:6,14

61:2 66:5,14 68:25
75:16 76:13 77:10,
13,24 94:1,3

─────────────

**D**

damage
80:25 82:9

damaged
78:3 82:13

dates
87:11

Dave
32:12,15

day
19:10 73:1 74:14

days
91:21

dead
92:18

deal
59:25 60:11 85:24
86:2

dealer
16:13 60:9

dealing
90:8

dealings
17:13 51:6

dealt
16:10

debris
70:13,24 73:6

December
84:2

decent
61:23

decided
77:22 90:18

deciding
15:7

decision

19:19

**deck**
70:12

**declarations**
81:17,18

**DEFENDANT**
5:6

**degree**
8:4,6

**delivery**
20:10 34:10 67:3,6
84:3

**demo**
34:15

**department**
17:23

**depending**
68:1

**depleting**
79:15

**depose**
35:6

**deposit**
17:1

**deposition**
5:13,16 7:17 12:17
51:17 62:4 64:2,3
96:9

**depth**
70:16

**describe**
67:15

**describing**
67:22

**description**
21:20

**designation**
42:3,7

**detail**
29:3

**detailed**
14:24

**detectors**
45:7

**determine**
31:25 73:20

**died**
30:5,7

**diesel**
11:20

**difficult**
90:23

**difficulty**
32:6

**direction**
68:2

**directly**
45:1 66:6 76:23 77:9
86:4

**discoloration**
26:2 30:20

**disconnect**
45:4

**discovered**
36:25 88:7

**discussed**
12:23 87:14

**discussion**
32:20 50:1 59:10
62:15 64:10 71:20
80:8 93:9

**discussions**
48:11 50:13,19,22
94:13

**display**
92:12,13

**division**
18:1

**Dobb**
17:15 87:9

**dock**
35:16 37:11 39:6
47:1,6 50:9 69:19,22
70:1 86:6,9 87:20
89:2,11,14

**dockmaster**
36:7 38:9 46:17,18

**dockmaster's**
37:17

**docks**
37:1

**document**
52:22 57:19 81:15,22
87:9

**documentation**
13:13

**documents**
10:10 12:24 51:10
64:16,20 66:20,24
80:17 81:5 84:4
91:25

**dollars**
82:23

**doors**
86:12

**draft**
71:2

**drain**
28:20,21

**drift**
69:19

**drifted**
69:21

**dripping**
72:6

**drive**
16:23 36:21

**drop**
23:6

**drops**
73:10

**drove**
36:19

**duly**
5:4

**E**

**earlier**
5:19 62:19 68:10
80:13 87:14 88:20
89:15

**early**
32:11

**easily**
38:25

**easy**
91:11

**Ed**
63:13

**educating**
18:20

**education**
7:25 11:12,14

**elaborate**
89:21

**electrical**
11:22 42:21 43:2
62:20 87:15,18,20
93:23

**electrical-type**
33:8

**electronic**
11:22

**electronics**
89:4,5

**email**
14:13 58:11,22 59:20
76:20 77:6 92:1

**emails**
12:25 13:3 14:8 58:2,
3 60:17

**employed**
9:3

**employment**
8:24

**enclosed**
68:6

end
16:3 29:19 37:12
64:24 65:2,3,15
67:14 83:24 84:1,3

ended
65:15

endorsement
11:10,18

engine
11:21 26:19,20 28:6,
11 31:3 32:2,25 34:8
49:6 56:3 75:23,25
86:14 87:23,25 88:1,
4 90:4

engines
10:8 21:2,8 28:12
31:9 33:18 34:9 72:5,
12 73:9,21

English
49:3

entail
13:22

enter
86:12

entered
66:22

entry
53:10 55:3

equipment
42:21 73:11

error
28:9,12 32:25 74:6,
10

erupted
37:4

erupting
37:21

essentially
64:24

estimate
34:22

European
90:22

EXAMINATION
5:6

examined
5:5

exceeded
82:10

exception
33:12

excuse
74:25

executive
61:15

exhibit
6:17,19,23 51:25
52:18 57:22 59:13,14
81:10 83:15

expect
60:2

experience
9:7 61:22 93:25

experienced
83:20 85:9 87:15

experiencing
62:21

expertise
76:15

experts
31:11 76:4

explain
7:10 18:16 20:9
49:10

explained
20:2

explanation
31:7

exposure
67:13

extended
86:7

extensive
14:15 72:11

extensively
14:24

extent
14:10

extras
85:20

extreme
90:1

eye
20:3

—————————

**F**

fact
55:3 87:12

fail
43:25

failed
53:19

failure
90:2

failures
90:6

fair
89:10

fairly
32:1 43:15

familiar
5:15

family
22:11 39:16

fee
7:1,2

feel
27:15 43:18 67:25
95:23,25

feet
42:15 67:19 70:16,17
92:9,19,20

felt
63:1 90:20,24

Fenn

61:5,11,12,13,14

fetch
68:2,5

fiberglass
25:18 30:20

figure
94:8

figured
47:21 91:16

filled
70:23

filling
70:4

filmed
61:5

find
13:12 22:3 37:18
47:20

fine
31:2 48:2

finished
5:21 36:16

fire
7:18 16:6 30:12,18
32:7,10 34:9 36:2,6,
13,24,25 37:3,15,21
38:10,14 39:17,21
41:18 45:20,22,25
46:5,15,16,22 47:2,6,
11,16 48:17,18,21
49:5,11,18,20 50:5,
10,12,21 51:2 65:3,
10 69:11 70:4 77:12
80:1 91:19

fireball
38:5

fires
12:10

fit
42:11,12

five-footers
67:23

fix
28:2 33:12 84:21

92:6

**fixed**
25:16 26:9 30:12
31:5,14,23,24 32:7,
10 33:5 54:1,12,21
58:13,19 84:22

**fixing**
92:5

**floating**
70:1

**Florida**
16:21 91:22

**fluid**
79:14

**fluids**
72:3

**foam**
70:5

**folder**
13:17

**folders**
13:15

**folks**
38:3 39:24 41:4
60:24

**follow**
21:4 63:15 84:16,18

**follow-up**
80:4,12

**follow-ups**
93:1

**forever**
38:24

**formal**
10:24 47:12

**fortunately**
37:10

**forward**
91:2 96:1

**foul-weather**
78:11

**found**
18:16

**frankly**
40:12 51:22 54:9
90:25

**free**
73:6

**freeboard**
70:9,11,15,19

**frustrated**
59:22

**fuel**
86:14

**fully**
84:23

**funds**
82:16 83:6

**fusion**
85:17

**future**
94:21

———————

**G**

**galley**
32:3 81:1

**gasket**
27:19,20

**gauges**
73:20

**gave**
27:2 46:18,19 47:24
50:9 75:7

**gear**
78:11 81:1

**general**
12:2 17:13 21:20
53:6,7

**generally**
43:20 74:15 87:18,19

**generator**
27:5,12 31:17 54:18,
21 74:15,18,23,24

75:2 88:5,7,10

**get all**
60:20

**give**
9:23 20:23 21:19
24:16 38:9 47:12
65:12 72:17 73:25
86:23,24

**giving**
47:1

**glad**
71:13

**Glendinning**
69:2

**good**
5:8 36:15 37:14
51:12 54:1 60:9
63:13 80:11 90:7,20,
24

**Googled**
62:3

**Gotcha**
64:1 66:19 75:5

**GPS**
44:14

**grad**
8:10

**graduate**
8:13

**great**
39:4 60:6,14

**greatest**
19:9

**green**
75:6

**Grossin**
76:21

**group**
91:23 93:24

**Guard**
10:23 11:2 46:5,20
47:11,23 48:12

**guess**
6:17 24:11 30:4 38:1
84:2 96:1

**guest**
35:13

**guests**
35:10 72:17

**guys**
51:13

———————

**H**

**Hall**
35:17 39:6,10

**handling**
11:17

**hands-on**
18:23 19:15

**happen**
69:20 89:8

**happened**
34:3

**happening**
38:4

**harbor**
20:15

**hard**
21:5

**hardwired**
78:19

**Hartman**
8:13,15 25:24 39:11
51:16 61:10 63:9,12,
14 64:7,12 71:18,22
75:4 80:3 94:17 95:4
96:5

**Harvey**
13:10 76:20

**head**
72:20 79:10

**heading**
84:18

**heads**
5:24

**hear**
36:6

**heard**
91:19 95:12

**heavier**
75:23

**helm**
73:15

**Heroic**
8:25

**hesitant**
69:12

**hiatus**
23:1,9

**high**
7:25

**higher**
26:19

**hired**
66:6

**hit**
27:1

**Hold**
64:4

**holding**
54:8

**hollering**
63:11

**Home**
7:19,21 9:8,9,10,12,
14,16,20,25 10:11,20
13:1,4,25 14:11 15:1,
8 16:11 17:14 19:20
33:9 51:1,2 52:5,24
55:16 81:18 82:17

**hook**
87:21 88:8 89:1

**hooked**
88:19

**Hope**
7:6

**horrible**
56:23

**horse**
63:25

**horsepower**
10:8

**hot**
37:7 43:12,24 69:13

**hour**
36:21

**hours**
11:11 20:11 34:9,11,
19 36:22 45:21,24

**house**
22:12 41:14 45:24
56:3

**huh-uh**
12:4 13:21 15:5
57:18

**hull**
25:20 70:6,13

**humidifier**
43:11 79:3

**hundred**
34:18 65:6 67:19

**HVAC**
43:11 72:12

**hydraulics**
27:25

---

**I**

**ICW**
91:20,22

**idea**
34:8 38:10 61:22

**identification**
6:20 52:1,19 57:23
59:15 81:11 83:16

**identify**
80:18 81:14

**ignore**
58:1

**imagine**
64:22 67:6,11 69:1
86:22 91:1

**immediately**
23:8,10 36:19

**impeller**
54:17,24

**important**
42:8 91:14

**impressed**
95:24

**incident**
32:13

**indicating**
26:6

**information**
46:19

**initial**
63:17

**inside**
37:24 40:9,10 41:14
86:14

**installed**
87:4

**insurance**
14:18,20 49:14 63:20
81:16,18

**integrated**
79:4

**intend**
35:6

**intensity**
37:4

**intention**
11:12

**interaction**
34:3

**interested**
46:12 54:10

**interior**
69:7 70:22

**interview**
36:12

**interviewed**
36:8

**introduced**
5:9

**introductory**
12:17

**investigation**
48:15

**invoices**
14:11,19

**involved**
18:23 77:1

**issue**
18:20 26:8,13 30:17
31:3,17 32:5,9 44:4,
11 54:8 56:22 58:12
76:17 77:2 84:24
85:3 88:9,18,21,25
91:2,18 92:16 93:21,
23

**issues**
12:7 24:13,17,22
25:11,15,18 26:14,18
27:5,10,14,15 33:8
59:24 60:12 77:4
83:19 84:19 85:9,13
87:15,20,23 89:25
92:2 93:19 94:10

**items**
80:20 81:2

---

**J**

**jackets**
73:12

**Jeanneau**
10:18,21 13:10 60:11
61:15 63:14 67:10
68:25 69:1 76:21,22
77:9,14,16 86:2
90:13,16 93:10 94:3,
21

**job**
60:14

**jog**
75:8

**Josh**
15:13,14 17:11

**joy**
20:16

**July**
22:4 29:18,19 54:16,
22 55:6,9,20 56:2,9,
12 58:19,20,21,22
64:18,21,23,24 65:2,
15 74:10

**jump**
36:5

**June**
54:11

**Justin**
17:19,25 18:3,10,14,
15 51:6 54:16,21
55:9

---

**K**

---

**Kevin**
5:9

**key**
86:13,16

**kicked**
33:1

**kidding**
8:12

**kids**
22:12 35:4,5,6

**kind**
13:20 31:9 48:6 70:6
83:18

**kinds**
78:12

**kinks**
89:24

**knew**

**knowledge**
16:12 39:8 66:4,8
77:11 78:17 79:22
85:12 86:25 93:25

**Kolber**
7:10,12

---

**L**

---

**labor**
18:2

**land**
67:21

**large**
88:13

**lasted**
25:13

**Lastly**
32:24

**laugh**
36:14

**lawyer**
94:24

**leak**
28:4,5 32:9 33:13

**learn**
91:10

**learned**
91:6

**learning**
91:13

**leave**
8:19 18:8 42:25
43:10 45:15 52:15
58:8,23 68:11 74:14
86:6

**leaving**
43:20

**led**
53:21 59:20 92:14

48:24,25 60:21,23
61:21 93:20

**LEDS**
25:12

**left**
41:17 44:22 45:12
52:8 68:14 70:6,12,
13 86:18

**legal**
58:1

**lets**
9:16

**letter**
14:4 42:6

**license**
11:3,15

**life**
73:12

**lifetime**
25:13

**light**
54:12

**lights**
25:11 30:4 45:12,13,
15

**limit**
82:6 83:10

**lines**
37:6 69:18 78:11
89:16

**list**
78:2,7 93:2

**listen**
51:15

**listening**
32:15

**litany**
33:7

**literally**
71:25

**live**
7:5 19:6

**lived**
7:12 71:9,15

**living**
71:8

**load**
26:18,20 31:2 73:21
75:23 76:17 87:23
90:4

**loading**
73:18

**loads**
31:8

**lock**
86:17

**lockbox**
86:13,20

**locked**
86:10,12

**log**
66:11

**logbook**
14:25

**long**
21:22 23:7,8,15 24:8,
20 28:3 29:18 31:15
42:13 48:3 57:13
59:2

**longer**
51:11 75:19

**longest**
22:18

**looked**
64:20 75:14

**losing**
90:3

**loss**
12:14 36:13 82:17
90:5

**lost**
26:11,25 29:21 80:20

**lot**
14:22 17:24 35:9
46:12 50:22 61:21
74:20

love
19:9

low
56:24

low-tide
70:16

lower
27:22

lowering
32:6

**M**

made
14:18 19:19 49:13

maintain
14:25 84:18

maintenance
11:21 66:2 71:25
72:8

majored
8:7

make
5:20 15:20,22 33:24,
25 38:23 49:3 60:21,
22 73:3,6,11,13,17
76:16

makes
95:25

making
47:1 72:8 74:7 77:8

malfunctioning
44:10

manufacturer
77:3 85:14

manufacturing
26:8 59:23 95:11

March
83:24 84:3,6

marina
35:19 38:4,17 39:6
41:22,25 42:9,21
45:20 48:13 69:17

74:19,22

marinas
24:3 68:8

marine
11:22,24 52:12 81:16

mark
6:17 51:23 52:16
57:21 59:12 81:8
83:13

marked
6:20,23 52:1,19
57:23 59:15 80:15
81:11 83:16 87:7

married
7:7,16

Marshal
46:22 47:11,16 48:18
49:20 50:5,11

massive
38:5

master's
8:4,8 11:9

mastered
91:7

matter
12:2 64:5

Matthew's
32:16

Matthews
32:12

Mcginley
17:17 18:2 20:20,21
53:11

meal
12:19

Meaning
63:25

meant
6:9

members
35:9

memories
65:16

memory
38:23 75:8

mention
56:18

mentioned
5:18 32:24 62:19
73:10 79:12 93:9

mess
70:25

message
28:13

messages
28:9 32:25

met
7:15 12:18 15:12
19:5 46:13 71:9

meters
92:10

meticulous
19:16

Michael
5:3 34:24 96:9

middle
37:24

million
83:2

mind
28:18,23

mine
19:13

minor
28:19

minored
8:7

minute
49:24

miscellaneous
81:2

misquote
89:16

model
82:21 83:2

models
95:8

money
77:22 82:19

month
23:11 29:21 65:22

months
21:16

moored
38:6 70:1

morning
5:8 12:19

motion
67:15

motor
53:14

motors
53:17 54:4

move
63:10

moved
7:15 37:9

mundane
9:6

murder
60:25 89:19

mysterious
31:21

**N**

names
75:7

navigation
11:25

necessarily
11:15 78:13

needed
24:13 26:9 43:3,8
54:1

Nick
13:9 76:20 77:5

**night**
23:6 72:25

**nods**
5:24

**noise**
74:7

**non-family**
35:8

**Nordhavn**
95:15

**north**
16:19

**note**
94:8

**noted**
28:14

**notice**
48:5

**number**
6:19 7:13 10:7 21:3
23:21 24:22 26:13,18
51:25 52:18 57:22
59:14 71:15 79:18
80:15 81:9,10 83:14,
15 87:7 89:25 93:18

**numbers**
92:14

**nutshell**
67:23

**NYU**
8:5,9

**O**

**O'DONOVAN**
5:7,9 6:21 8:18,22
32:17,22 39:14 50:3
51:20,23 52:2,16,20
57:21,24 59:12,16
61:13 62:12,17 63:6,
15 75:3 92:24 94:16,
24 96:6

**object**
95:4

**obtained**
19:22

**obvious**
32:1

**occasions**
79:13

**occur**
79:17,20 88:25 89:4

**occurred**
65:3 79:18

**odd**
71:5 82:22

**offense**
30:24

**offer**
93:25

**oil**
28:4,5 32:9 33:13
48:6 72:4,5,6 73:8
90:2

**Olivier**
76:21,24 93:11,12,
13,21 94:5,13

**onboard**
14:23 33:9 55:12
56:4

**online**
23:22

**open**
73:4,7 86:19

**operate**
76:9

**operation**
10:24

**opinion**
50:9 79:24

**opposed**
16:9 77:9

**options**
74:5

**organizations**
9:1

**origin**
48:24,25 49:5,11

**Osprey**
35:19 67:17

**OUPV**
11:3

**outboard**
10:5

**outlets**
43:2

**over-charging**
57:5

**overheating**
25:8

**owned**
9:21,24 10:17 12:2
24:14 35:20 66:3
67:7

**owner**
7:21 18:23 19:6,22
60:19

**owners**
91:23

**ownership**
15:4 66:24

**owning**
9:7

**P**

**p.m.**
96:8

**pads**
72:5

**pages**
87:12

**paid**
7:23 19:11,12,20
66:23 67:7 82:2 85:7,
17

**panels**
78:24

**papers**
84:1

**parent's**
22:12

**part**
14:20 65:17 70:9
78:13,15 79:4 88:13

**partner**
9:5

**passed**
11:2,8

**passion**
19:9

**patience**
51:19

**patient**
51:14

**Paul**
61:10,11,13,14

**pay**
48:6

**Penn**
61:5

**Pennsylvania**
7:6

**people**
13:15 19:17 33:14
38:17 39:19,22 40:6,
7 46:12,25 47:6,8
69:12 74:20 93:24

**percent**
65:6 66:13

**perform**
71:24

**performed**
66:2 85:5

**period**
21:15 22:15,25 24:14
65:8,9 85:6 86:7

**periods**
67:1

**person**
18:22 34:25 40:5

79:25

**personal**
14:22 78:2 80:25
82:5,9,13,18

**Petra**
7:10,12

**phone**
12:21 39:2,3

**photographs**
12:25 13:25 14:5

**phrase**
16:23 24:9 41:13

**pick**
36:8

**pier**
38:7

**planning**
88:3

**platform**
27:15,19,21 32:5

**plotters**
84:20

**plugged**
79:8

**pocket**
85:7,17

**pod**
26:23 31:13 76:6

**podcast**
36:8,17

**pods**
26:24 33:20 76:3,5

**point**
35:19 58:10 67:17
69:17 70:21

**poles**
26:14

**policy**
49:14 81:16

**port**
5:3,6 6:19,22,23 7:5,
19,22 8:23 9:8,10,11,

12,14,17,20,25
10:11,20 13:1,4 14:1,
11 15:1,8 16:11
17:14 19:20 26:20
33:9 34:25 38:7 51:2,
21,23,25 52:5,16,18,
21,24 53:17 55:16
57:21,22 58:11,14
59:14 63:6,13 80:12
81:8,10,18 82:17
83:13,15 87:7 94:20
96:9

**port-side**
53:14

**possession**
83:21,23 84:6 85:7

**possibly**
13:9

**posted**
91:23

**power**
41:19 42:20 68:11,
14,17 69:4 73:15
74:15,18 88:19 93:4

**practice**
15:3 41:22 42:22,24
43:6 68:11

**pre**
72:18

**pre-start**
72:13,19,20

**prefer**
18:10,13 92:10

**prepared**
87:9

**preparing**
64:1

**prerogative**
18:12

**Prestige**
15:11 16:14 41:1,2
60:11,23 67:10 90:19
91:20,23 94:3

**presume**
31:14 41:21 44:19

53:10

**pretty**
22:9 26:25 28:5 38:5
48:10 70:11

**preventive**
72:8

**previously**
87:7

**price**
83:1 95:17

**primarily**
47:9 88:9 90:19

**primary**
17:21 91:15

**principals**
15:15

**printed**
23:25 58:2

**prior**
9:8,20,25 10:4,17
16:1 77:12

**problem**
28:20 30:12 31:18
32:25 33:4 44:16
54:24 56:22 57:11

**problems**
27:18 29:15 33:9,12
53:4 54:20,23 55:25
56:10,15 62:21 75:20
84:12,15 87:16,18

**procedure**
48:4

**process**
15:7 86:5

**produced**
92:1

**production**
84:5

**professional**
12:9 36:17 60:7

**promotional**
61:18

**prop**
55:6 90:3

**propellers**
26:24 76:5

**properly**
54:5 73:4,17,18
84:17,22 92:5

**property**
14:22 78:3 80:25
82:6,9,13,18

**props**
90:4

**protect**
37:10 46:9

**provide**
9:1 66:16 81:4

**provided**
12:24

**psychology**
8:8

**public**
8:25 9:2

**pumping**
28:22

**purchase**
16:2,10 19:20 52:4,
12 67:2

**purchased**
10:21 17:7 20:6
52:12 90:12

**purchasing**
20:3

**purportedly**
87:9

**pursued**
15:17

**put**
17:1 25:5,21 29:3
34:18 37:16 46:6
48:5 73:8 78:8 86:16
87:2 88:7

**puts**
13:15

## Q

**qualified**
63:2

**quality**
59:22 95:11

**question**
5:23 6:10 49:3 50:7
64:14 68:20 71:6
72:15 78:9 87:8
94:25

**questioning**
95:5

**questions**
5:12,19 6:3 58:7
59:19 63:15,17 80:12

**quickly**
28:22

## R

**race**
63:25

**radar**
11:25 25:15 30:16
73:16

**radio**
43:4 89:6

**rail**
72:10

**raise**
27:22

**raising**
32:6

**random**
46:25 50:8

**Ray**
10:1 91:4

**reach**
33:24

**read**
58:6 60:16 96:7

**ready**
15:19

**real**
6:16 7:4

**reason**
27:2 35:25 56:21
58:16 66:9 68:7 91:3
93:17,18

**reasons**
11:10 18:11 90:19
91:15 95:3

**recall**
17:5,10 22:19 23:2
26:6 27:16 28:6
29:17 30:19 31:20
33:6,9,10 40:2,8
43:12 52:14 54:18
55:24 56:9 57:16
61:3 65:21,24 66:20,
24 67:5,8,11 68:17
69:14 70:11 71:2
74:12 75:8,21 77:7
78:6 83:9,22 92:2
94:12,15

**receipts**
81:5

**receive**
82:12,16 83:6

**received**
83:9 89:17

**recognize**
52:4

**recollection**
53:3 65:13 68:24
69:20 85:2

**record**
6:13,18 32:17,20,23
49:23 50:1,4 51:22
59:10 62:12,15,18
64:7,10,13 66:10
71:14,16,20 80:6,8,
11

**recorded**
47:13,15

**records**
23:13

**refer**
5:11 9:13,16 16:16

**reference**
7:9 54:25 56:12
57:25 61:5

**references**
27:18

**referred**
15:23 56:14 79:4
94:1

**refreshes**
53:3

**refrigerator**
44:19 78:18,23

**registering**
44:15

**regular**
23:3 74:2

**regularly**
22:15 35:14

**relate**
13:1

**related**
14:11

**relation**
17:14

**relationship**
63:18

**relative**
59:1 67:13

**relevant**
27:4

**remember**
15:12,18 17:10 25:17
27:16 37:18 40:12
42:6 44:2 57:17 67:9
72:18 73:23 74:9,24
75:1,5 77:8 83:25
94:6

**reopen**
73:5

**repair**
85:18

**repairs**
34:1 66:2 72:11 85:5

**rephrase**
6:4 50:7

**replace**
29:23 55:1 56:5 83:2

**replaced**
25:1,2,4,6,17 26:17
29:8,10,13,14 44:9,
10 53:13,16 54:4
55:3,10,20,24 56:2,4,
6,9 57:9,14 58:19
59:2 75:1,15 79:19
94:12

**replacement**
55:7

**replacements**
54:3

**replacing**
82:20

**reporter**
5:18,25 34:7

**represent**
5:10

**representing**
64:5

**request**
61:2

**requested**
21:3

**require**
14:15

**required**
24:18 92:5

**resolved**
85:3

**respect**
16:10 82:16

**respectfully**
60:17

**responsive**
60:7

**rest**
59:8 70:20

**restart**
28:12

**result**
51:5 95:21

**retain**
63:19 77:13

**retained**
63:21

**retrieves**
69:3

**reviewing**
91:25

**Rock**
35:17 39:6,10

**rolled**
69:4

**room**
32:2 49:6 63:11
86:14

**RPMS**
26:20

**rub**
72:10

**rude**
74:20

**rule**
74:22

**run**
7:24 19:2 20:14 33:7
74:1,15,18,23 77:3

**rundown**
9:23 24:17

**running**
19:13 25:11 27:12
30:4 34:13 42:21
88:10

**runs**
17:23 78:22

**Ryan**
17:15,21,23 18:8
21:4 46:13,20 50:14,

19 51:6 52:22 63:3

**Ryan's**
18:12

---

## S

**safety**
72:17 73:11

**sank**
70:2,3

**sat**
41:10

**Saturday**
58:9,24

**scary**
38:5 91:24

**schedule**
41:9

**schedules**
22:4

**scheduling**
36:4

**schematics**
42:9

**Schierloh**
8:20 12:18 49:16,21,
22,23 63:18 64:3,4
80:5,10 81:8,12
83:13,17 92:22
94:18,19 95:1 96:3,7

**school**
7:25 11:19 12:1

**Schuman**
40:22

**scope**
92:11

**screaming**
60:24 89:18

**screen**
73:24 74:4 92:14

**screens**
74:2,4

**screws**
72:9

**sea**
10:1 16:24,25 17:3
19:25 43:23 67:15
91:4

**seacocks**
73:3

**Seamanship**
11:19 12:1

**search**
13:23 38:23

**searching**
14:15

**season**
26:10 91:4

**secure**
73:14

**secured**
86:8

**selection**
14:19

**selling**
16:14

**send**
14:4 59:20

**separately**
14:9

**series**
5:12,19

**served**
6:18,24

**service**
17:23 24:13,18 41:12
66:1,17 68:16 69:8
89:17 90:23,24

**set**
66:20 73:25

**shaft**
26:23 31:13 33:13
55:7 90:3

**shaft-propulsion**
76:6

**shafts**
26:22,23

**shake-down**
19:21,23 20:5

**shaking**
79:10

**shallow**
67:20

**share**
8:17 27:3

**sheared**
27:1,3 31:13

**sheared-off**
26:24

**shearing**
90:3

**Sheerloh**
49:22

**shifters**
20:17

**shoes**
19:17

**shore**
41:19 42:20 74:15,18
88:19 93:4

**short**
20:14

**shortly**
64:19

**show**
15:10,24 51:9 80:15

**shower**
28:20,21

**showing**
6:22 58:10

**shown**
80:24

**shows**
34:13 77:5

**shut**
28:11 33:1 86:7
87:25 88:3

shutting
27:9,10 31:18 88:5

side
38:6,7,8,11 49:7
53:17

sign
47:23 96:7

signal
44:14

signature
52:7

signed
66:25 67:2 84:1

significance
94:7

significant
93:23

significantly
37:4

signing
66:20 67:5,9

similar
6:24 95:19

similarly
31:21 76:9

simple
87:8

simply
63:20

sit
51:14 63:9 87:10

sitting
42:20,24 46:2 65:12
69:24 70:18 79:23

Six-pack
11:3

size
42:10 52:3 61:23
95:19

skim
53:2

slip
42:12 67:14,24

slips
42:14

smaller
10:7,8

smell
56:23 57:11 62:22
79:13

smoke
37:2,21 45:7

sold
10:11

solve
54:24

sort
12:16 13:23 15:6
18:1 19:24 21:14,19
23:3 24:12,16 29:1
33:1 35:3,8 37:21
46:15 48:4 51:9
52:23 53:1,2,6 54:15
58:25 67:21 73:19

sound
71:5

sounds
84:8

south
16:20

spare
86:13

speaking
9:1,2

specific
23:2 65:16 67:8 77:7,
8

Speculation
95:5

spend
7:11 18:19,20 19:10

spent
20:11 34:25 35:3,9
91:3

spill
47:25 48:6

split
26:15

spoke
47:8,10,16 48:17

spool
69:5

spot
54:12 69:25

spraying
70:4

spring
91:20

stamped
81:13

stanchions
26:14

standard
41:21 42:24 43:6
45:8 48:4 68:11

starboard
26:19 28:6 31:3 38:7,
8 49:7 53:16 75:22,
25 87:25

starboard-side
56:13

start
28:10 88:1

started
37:3,16 45:20,22
47:2 57:3 64:18

starts
74:7

stated
89:15

statement
47:12,13,14,15

statements
23:21

stay
72:25 90:19

step
55:15

Stepping
14:17

stereo
85:17 87:2

stick
20:16

sticking
70:19

stories
8:17

story
71:1

stove
27:11 31:21,23 32:1,
2 88:11,14 93:2,5

strainer
43:23 73:5

strainers
72:3

strangers
50:8

straps
73:13

strike
85:23

strip
53:21

structure
25:19

stuck
27:24

stuff
13:16,20,21

style
95:19

submerged
70:20

submit
11:9

**subpoena**
6:17,24

**substantial**
28:5

**suggest**
37:23

**sulphur**
56:23 79:13

**summarized**
52:23

**summer**
21:22 22:7,19 23:15

**sunk**
70:17

**superstructure**
25:24,25 26:1

**supervised**
33:20

**supplemental**
82:20

**supplied**
68:25

**support**
81:4

**supporting**
81:5

**suppose**
18:12 20:23 21:1
23:20 34:13 47:6
63:22 67:7

**supposed**
20:22 31:11 73:12

**surprising**
26:25

**swim**
27:15,19,21 32:5

**switch**
45:5

**switching**
45:4

**sworn**
5:5

**system**
20:16,17 42:23 43:11
45:16,17 69:3 74:11
76:6 79:5

**systems**
11:22,25 20:11,16
43:20 73:16,25 74:4
91:6,8

---

## T

**T-BERTH**
67:14

**T-HEAD**
37:12 42:5,11,16,17,
20 67:18

**T-HEADS**
42:6

**taking**
72:24 91:22

**talk**
9:7,10 14:8,9 34:5
46:15,16 53:6 93:13

**talked**
12:21 17:11 46:18,
19,20,22,25 49:21,22
50:5,11 53:15 71:10
75:22 86:5

**talking**
9:9,17 94:2

**tanks**
54:9 86:14

**tape**
47:13,15

**technically**
67:6

**tells**
92:8

**tender**
73:13 80:23 81:3
83:4

**tenders**
10:8

**term**
19:24 73:23

**terms**
52:11

**test**
6:9 11:8 16:23 38:23

**testified**
5:5 68:10 75:18

**testimony**
80:13

**text**
36:10

**theater**
8:7

**thing**
14:4 21:21 47:5 48:7
70:5 72:20 85:15
88:13,15

**things**
5:12 12:17 13:15
14:19,23 20:9 24:3
28:14,25 39:20,23
40:18 45:3 53:5,13
54:9 60:16 67:5
72:10 78:12 85:16,19
93:3

**thought**
27:2 31:10 47:3

**thousand**
82:23

**three-and-a-half**
45:23

**tie-down**
73:13

**tied**
70:1

**tight**
72:9

**time**
6:9,11,12 7:11 15:19
18:20 21:5,18 24:14,
20 28:3 33:5 34:25
35:3,9,20 40:13
41:18,25 43:13,15

44:17 45:24 46:3,6
50:18 64:15 65:8,9
66:21,25 67:10 69:17
72:2,21 77:12 83:20
85:6 86:7 89:8 91:5

**timeframe**
29:3

**timeline**
64:21

**timer**
45:13

**times**
12:21 21:3 30:17
43:10 47:19 48:18
55:4 76:25 79:18

**timing**
36:15,16

**title**
7:23

**today**
5:11,12 7:18 9:10
65:12 79:23

**today's**
12:17 64:2

**told**
37:20 48:24 49:17
55:2 69:15

**Tom**
17:17,24 18:2 20:12,
15,20,21 21:12 51:6
53:10 55:10

**top**
25:19,21 34:21 58:1
70:19

**torture**
6:9

**total**
12:14 36:13 80:25

**totals**
80:19

**touch**
15:8 73:24

**tough**
60:19

**towing**
11:18

**traded**
10:11

**traditional**
20:18

**training**
9:1 10:23,24

**trial**
16:24,25 17:3,4
19:25 20:1

**trip**
16:18,19 21:23 23:8,
15,18 24:4,8 29:25
31:15 57:13 58:9,23
59:3 64:17 65:11,14,
17,20 74:9

**trips**
22:8 31:4,19

**trouble**
6:2

**troubleshoot**
12:7

**true**
78:25

**Tulane**
8:2,6,10

**turn**
15:6 43:7,19 58:4
88:24 93:3,7

**turned**
31:22 78:23 79:14

**turning**
9:6 27:8,11 42:22
46:14 88:11

**twin**
10:5

**two-and-a-half**
36:22

**two-week**
22:15 23:1,8 58:23
64:17 65:14 74:9

**type**
18:3,22 21:21

**types**
9:24 13:14 18:2
24:17

**typical**
76:6 90:6

**typically**
18:6 42:17 43:15

---

### U

**U.S.**
11:2,17

**Uh-huh**
5:22 13:11 20:4,25
22:17 25:7,14,23
29:5 36:9 37:8 46:10,
24 52:25 53:12 57:2,
6 60:13 61:16,25
75:24

**uh-huhs**
5:24

**unclear**
63:18

**understand**
6:2,5 9:11 10:9 78:9
89:23 94:9

**understanding**
45:1 55:14 56:6
61:14 69:10 76:11
77:2 78:22 87:10

**understood**
69:16

**underway**
12:7 28:10 73:19
87:17,19 88:1,10,14
89:2,6,7,9

**underwriter**
81:5

**University**
8:2,5

**unknown**
50:17

**unusual**
23:3

**upgrade**
11:9 15:20 77:22
95:9

**upside**
58:15

**usage**
65:13

---

### V

**valuable**
50:9

**vendor**
66:1

**vendors**
40:14

**verbally**
5:23

**vessel**
10:3,7 11:11 16:2
19:17 65:14,23 66:2,
7,19,23 67:14 68:12
69:7 70:22 72:16
73:22 82:3 83:4,21,
23 84:10 85:5 86:6,8,
11 87:2,16,17 89:1,3,
5,25 90:12,13 91:9
94:21

**vessels**
15:11 16:15

**VHF**
43:4 44:4,7,8 88:20
89:6

**video**
61:5 62:5

**videos**
38:3,14 61:18

**view**
73:22

**Viking**
95:13

**Virginia**
21:23 24:5 29:25
57:14 59:3

---

### W

**wait**
5:20

**waited**
30:21

**waiting**
26:10

**walking**
37:1

**wanted**
8:20 11:11,14 12:6
17:7 18:7 53:1 57:20
59:8 60:14,21,22
81:21 91:11

**warm**
43:15

**warnings**
47:24

**warrantied**
66:16

**warranty**
67:10 77:9 85:10,13,
21,22,24

**warranty-related**
77:4

**wash**
40:7

**washed**
41:5,10

**washes**
40:19,20

**washing**
41:8

**watching**
47:6

**water**
19:10 25:9 26:2
35:23 46:9 56:24

67:20 70:5,7,8,16,19,
23,24 72:4

**Watercraft**
81:16

**waves**
67:15 68:3

**wear**
19:17

**week**
22:11 58:9

**week-and-a-half**
21:25 22:1

**weekend**
11:20,21,24 22:10
35:11

**weekly**
40:19 41:5,7,8

**weeks**
22:22 36:1 39:17,20
40:9 41:10

**weight**
88:2

**welds**
26:15 30:23

**well-protected**
67:18 68:9

**wet-cell**
25:9

**whereabouts**
37:22

**whistles**
17:6

**white**
15:14 17:11 75:6

**wife**
7:23 9:3 35:2 39:16
71:10,13 91:3

**wind**
37:10 67:15 68:2

**window**
53:14 56:13

**windows**
38:1 53:17 54:3,4
56:14

**windshield**
26:1

**winter**
16:20

**wiring**
62:23

**woman**
7:9,12 71:8,9,15

**word**
13:23

**work**
5:24 12:3,8 13:21
17:25 18:2,3,9,11,14
24:12 33:11,14,16,17
50:23 52:23 54:4,15,
22 58:3 60:8 61:24
65:3 66:7 75:19
85:22,24 89:24

**worked**
66:14

**working**
25:16 30:9,16 39:24
47:20 53:23 73:17
90:20 92:5

**works**
33:18

**would've**
89:18

**write**
28:25

**writing**
72:14

**written**
47:13 60:18

**wrong**
25:2 92:18,19,21

**wrote**
61:2

## X

**XL**
82:12,16

**XL-01320133**
80:16

**XL-2601**
81:14

## Y

**yacht**
5:10 13:7 15:9 16:9,
12 17:12 65:25 66:7
84:5,25 86:1,15,21
87:5 90:21 91:23

**year**
15:17 16:1,19 40:19
43:16

**years**
7:13 11:4 23:22
40:19 71:16

**York**
8:4

**young**
8:16

**young'in**
8:15

**Youtube**
62:5,8,9

EXHIBIT
Port #2
5-15-19    RMJ

**Chesapeake Yacht Center, LLC**
1014 Cromwell Bridge Road
Baltimore, MD 21286
Phone (410) 823-2628  sales@chesapeakeyachtcenter.com

MARINE
PURCHASE AGREEMENT

SUBJECT TO THE TERMS AND CONDITIONS STATED ON BOTH SIDES OF THIS AGREEMENT
SELLER AGREES TO SELL AND BUYER AGREES TO BUY THE FOLLOWING DESCRIBED PROPERTY

| | | | | | |
|---|---|---|---|---|---|
| Michael Port | | 267-629-9236 | | | 11/22/2015 |
| 1 Glen Eagle Dr | | New Hope | | Pa | 18938 |
| Ed Baldwin | Spring 2016, per serva | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 71829 | White | 58' 9" | 15'8" | 3'10" | | | |
| Prestige | 2015 550 Fly | | FR-SPB RTO48G415 | | NEW | USED | |
| Cummins | 2015 QSC 600 Zuss | | 22101204/OM969910 | | NEW | USED | |
| Cummins | 2105 QSC 600 Zuss | | 22103428/OM970084 | | NEW | USED | |

| DESCRIBED EQUIPMENT / ACCESSORIES | AMOUNT |
|---|---|
| TRIM PKG. EXCELLENCE: Frwrd SunPad w/ Cover; Bow Thrust | |
| 21.5 KW GenSet; Induction Cooktop; Bose Acoustimass 3 Salon; | |
| Invertar 24V-115V-700W; Dock water inlet; Mattress Battens For | |
| Aft; Wood Flr in Salon + Carpet. Glendennin Cable System | |
| ELECTRONICS PACK.: Raymarine GPS/Chart E-125 & 127 + 125 on | |
| bridge; 260 VHF dual station; Zues Autopilot W/Skyhook | |
| HD RADAR; INDIVIDUAL OPTIONS: Anchoring/Mooring kit | |
| Retractable Elec. SunAwning; Fly Bridge Covers; Bimini Top Bridge | |
| & Fordeck; Hydraulic Swim Platform; Fender Storage on Bow Rail | |
| External Shades;Raw Water Pump for Deck Wash; 4 Underwater | |
| Lights; Ice Maker; Combo Washer/Dryer;Central Vac; Safe in Owr | |
| Cabin; Bed Covers; Oasis Carpet in Entrance & Salon & Steps; | |
| White in Cabins; Raymarine Aft Facing Day/Night camera | |
| Extra Zues Control in Cockpit; Porthole screens; Raymarine AIS | |
| 650; Teak Wood on Bridge. Stainless Bow Protector / Tropical AC | |
| Wooden Floor in Salon, covers for pads and table in cockpit, fly t | |
| Engine Carr, Salon table that folds into dining/coffee (NOT LOWE | |

| | | | | |
|---|---|---|---|---|
| TOTAL OPTIONAL EQUIPMENT / ACCESSORIES | | | | |

| DESCRIPTION OF TRADE-IN | | | | |
|---|---|---|---|---|
| Sea Ray | 2004 | 42 | | |
| Cummins | 2004 | 417 | | |
| Cummins | | 417 | | |
| TRADE-INFO | | | | |
| $ 168,000.00 | | | | |

TOTAL TRADE-IN ALLOWANCE (SUBJECT TO SURVEY)   $ 426,000.00

TRADE-IN DEBT TO BE PAID BY   ☑ DEALER   ☐ CUSTOMER

| | AMOUNT |
|---|---|
| TOTAL PURCHASE ABOVE | $ 1,506,910.00 |
| OPTIONAL EQUIPMENT/ACCESSORIES | INCLUDED - SEE LIST TO LEFT |
| PRESTIGE AND CYC DISCSOUNT ON DEMO | <$182,910.00> |
| DEALER PREP | INCLUDED |
| LABOR : INSTALL | INCLUDED |
| DEL  AND  OR LAUNCHING | INCLUDED |
| FREIGHT | INCLUDED |
| SUB TOTAL | $ 1,324,000.00 |
| TRADE ALLOWANCE | $ 425,000.00 |
| TRADE PAYOFF | $ 168,000.00 |
| TOTAL TRADE ALLOWANCE | $ 257,000.00 |
| NET SALE | $1,067,000.00 |
| SALES TAX (if not included in above) | $ 15,000.00 |
| TITLE  REGISTRATION | $ 41.00 |
| USCG DOCUMENTATION | $ 551.00 |
| OFFICE FEES | $ 500.00 |
| CASH SALE PRICE | $ 1,083,092.00 |

**WIRED DEPOSIT WITH AGREEMENT**   $ 20,000.00

**UNPAID BALANCE
OF CASH SALE PRICE**   $ 1,063,092.00

☐ WHEN THIS BOX IS CHECKED, THE UNIT WHICH IS THE SUBJECT OF THIS CONTRACT IS BEING SOLD ON AN "AS IS" BASIS. THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THIS UNIT IS WITH THE

SPECIAL TERMS AND CONDITIONS

Standard CYC delivery: inculde Sytems traning and review, Champane brunch for delivery.
Captain training the afternoon, with Follow-up as needed.
Boat wash weekly for first season, Slip at Cambridge Hyatt as available, Ipad w/ VesselVanguar
Eligablity to join CYC family on our Rendezvous during the season
CYC will Pick up trade and winterize, store and deliver new boat in the spring 2016
Eligible for builder finance pending approval of 3 years at 2.99 and 17 at 3.95 w/6 mo int free
on credit eligibility.

[signature] JW   DEALER

CYC 003017

## ADDITIONAL TERMS AND CONDITIONS

It is further understood and agreed:

The order on the reverse said hereof is subject to the following terms and conditions, all of which have been mutually agreed upon:

1. All titles to the equipment listed on page 1 of this Agreement shall be retained by the Seller until the purchase price has been paid in cash or a financing arrangement has been executed and accepted by a bank or some other lending institution. Upon full payment, Seller shall transfer title to the equipment to Buyer even though the actual delivery date may be later. Prior to delivery date, Buyer must execute a retail installment contract or some other type of security agreement prescribed by law if this sale is not a cash transaction.

2. Buyer agrees to assume and pay, unless prohibited by law, any and all taxes other than income taxes incidental to the purchase documented in this agreement. The purchase price stated on page 1 of this document does not include any taxes assessed by any governmental agency prior to or at the time of delivery on the sale of this boat unless expressly stated otherwise.

3. The manufacturer has the right to make any model, design, parts, or accessory changes it sees fit. These changes shall not affect the equipment ordered by this Agreement, nor may Buyer require Seller or manufacturer to include those changes in his/her order.

4. Seller shall not be liable for any loss or damage caused by delays created by the manufacturer, accident, strike, fire, or any other cause beyond Seller's control.

5. Buyer shall deliver to the Seller's premises his/her used boat (hereinafter called "trade-in") along with its title if such boat is to be traded in as a partial payment toward the purchase price. Buyer warrants that the trade-in is his/her property and that the trade-in is free and clear of all liens and encumbrances other than those noted on page 1 of this agreement. Buyer warrants that all taxes levied on the trade-in have been paid in full. If it comes to the Seller's attention that there is a lien or claim on the trade-in which is not disclosed on page 1 of this Agreement, Seller shall have the option of: A) paying the claim and seeking immediate reimbursement from Buyer, or B) Seller may add the amount of the claim to the purchase price established on page 1 of this Agreement and the new purchase price will be incorporated as if originally stated in this Agreement.

6. If the trade-in is not licensed and registered in the state where this Agreement is executed, Buyer shall immediately register and license the trade-in in said state. If Seller incurs any expenses connected with the licensing and registration of the trade-in, Seller may pay such expenses and be reimbursed therefore by Buyer or increase the purchase price by the amount of such expense.

7. Seller shall retain the right to make a reappraisal of the trade-in if it is not delivered to Seller at the time of the initial appraisal. A reappraisal shall be made by Seller if there appears to be any change in the trade-in's general physical condition or its furnishings and accessories. In the event the reappraisal differs from the original appraisal, the trade-in allowance shall be based on the reappraisal.

8. This agreement shall be governed by the Uniform Commercial Code as adopted in the state in which this agreement is executed. If the Buyer fails or refuses to complete the purchase documented by this Agreement within thirty (30) days of the execution of this Agreement or an agreed extension date, the cash deposit put down by the Buyer will be used to compensate Seller for any losses, expenses, or attorney fees incurred by Seller in connection with Buyer's failure to complete the purchase documented in this Agreement. If Buyer has delivered to Seller a trade-in and the purchase has not been completed within the time period described above, Buyer authorizes Seller to sell the trade-in at a private or public auction and deduct from the proceeds delivered to Buyer an amount equivalent to the losses and expenses incurred by Seller in connection with Buyer's failure to complete the purchase documented in the Agreement.

9. Warranties. EXCEPT TO THE EXTENT REQUIRED BY STATE LAW, SELLER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. All warranties covering the equipment referenced on page 1 of the Agreement, if any, are made by this manufacturer. A copy of any applicable manufacturer's warranty shall be delivered by Seller to Buyer.

10. Buyer states that he/she has inspected and examined the equipment which is the subject of this Agreement and determined that the equipment is of satisfactory quality and is suitable for the purpose for which it is purchased.

11. The following provisions shall be incorporated in the Agreement if Seller accepts Buyer's trade-in and allows Buyer a trade-in allowance:

A. Buyer certifies that the trade-in belongs exclusively to him/her. In addition, Buyer warrants that he/she has authority to transfer title to the trade-in to Seller and that there are no liens or encumbrances on the trade-in other than those disclosed on page 1 of this Agreement.

B. Buyer certifies that the trade-in is seaworthy and that its accessories and equipment are in good working order. Buyer also certifies that the trade-in's engine block, manifolds and cylinder head are not cracked or otherwise defective.

C. The trade-in shall become Seller's property when this Agreement is fully executed.

D. On the date this Agreement is executed, Buyer shall deliver to Seller all instruments of title to the trade-in along with a proper bill of sale or any other instrument necessary to transfer proper title of the trade-in to Seller.

E. If within thirty (30) days of the date when Buyer delivers the trade-in to Seller, Seller discovers that the trade-in or any of its accessories and equipment are in a defective or an unacceptable condition, Seller shall have the option of: 1) canceling this Agreement, or 2) making all repairs necessary to put the trade-in in marketable condition and billing Buyer directly or adding the costs to the purchase price set forth on page 1 of this Agreement.

12. Brokered or used boats are sold strictly on an "as is" basis. If this transaction involves a used boat, Buyer states that he/she has inspected and examined the used boat as well as its equipment and accessories and found them in satisfactory condition or good working order.

THIS DOCUMENT CONTAINS THE ENTIRE AGREEMENT BETWEEN ITS PARTIES. NO OTHER REPRESENTATIONS, INDUCEMENTS OR PROMISES (WRITTEN OR VERBAL) HAVE BEEN MADE WHICH ARE NOT SET FORTH IN THIS AGREEMENT.

CYC 003018