**Caitlin M. Cassidy**

**From:** Ryan Dobb
**Sent:** Thursday, September 15, 2016 8:49 PM
**To:** Michael Port
**Subject:** Re: warranty docs

Michael,

How are you doing??

Yes - I will shoot them over tomorrow.

Thanks,

Ryan


CHESAPEAKE
YACHT CENTER

mobile: 410-593-1156

office: 410-823-BOAT

Web: www.chesapeakeyachtcenter.com

On Sep 15, 2016, at 8:43 PM, Michael Port <michael@michaelport.com> wrote:

> Ryan,
>
> Hope you're well.
>
> The attorney from the insurance company asked me for a copy of the boat's warranty documentation. I don have that. Do you?
>
> mp
>
> **Michael Port**
> **Book Yourself Solid Worldwide & Heroic Public Speaking Worldwide** - *Founder + Chairman*
> *NY Times, Wall Street Journal Bestselling Author - Steal the Show, Book Yourself Solid and 4 others*

1



Cell: 267-629-9236
Skype: michaelport
Assistant: 267-714-0288 | maria@michaelport.com

**Public Speaking Training** | **Book Yourself Solid** | **Keynotes & Bio**

P.S. I don't charge for typos; they're my gift to you.